UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:23-CV-00001 |
| ALEJANDRO MAYORKAS, IN HIS | § | |
| OFFICIAL CAPACITY AS | § | |
| SECRETARY OF THE UNITED | § | |
| STATES DEPT. OF HOMELAND | § | |
| SECURITY, ET AL. | § | |
|    *Defendants.* | § | |

## NOTICE OF APPEARANCE

Plaintiff the State of Texas files this Notice of Appearance and hereby notifies the Court that Ryan D. Walters will appear as co-counsel in the above-captioned case. Mr. Walters is a member in good standing with the State Bar of Texas and with this Court. Plaintiff the State of Texas requests that a copy of all papers served or filed in this action be forwarded to:

    Ryan D. Walters
    Special Counsel
    Texas Bar No. 24105085
    Southern District Bar No. 3369185
    OFFICE OF THE ATTORNEY GENERAL
    P.O. Box 12548 (MC-009)
    Austin, Texas 78711-2548
    Telephone: (512) 936-2714
    ryan.walters@oag.texas.gov

| | |
|---|---|
| **January 11, 2023** | **RESPECTFULLY SUBMITTED,** |
| **KEN PAXTON**<br>Attorney General of Texas | **JOHNATHAN STONE**<br>*Attorney-in-Charge*<br>Assistant Attorney General<br>Texas State Bar No. 24071779<br>Southern Dist. Bar No. 1635446<br>Johnathan.Stone@oag.texas.gov |
| **BRENT WEBSTER**<br>First Assistant Attorney General | |
| **GRANT DORFMAN**<br>Deputy First Assistant Attorney General | **CHARLES K. ELDRED**<br>Special Counsel for Legal Strategy<br>Texas State Bar No. 00793681<br>Southern Dist. Bar No. 20772<br>Charles.Eldred@oag.texas.gov |
| **SHAWN E. COWLES**<br>Deputy Attorney General for Civil Litigation | */s/ Ryan D. Walters*<br>**RYAN D. WALTERS**<br>Special Counsel<br>Texas State Bar No. 24105085<br>Southern District Bar No. 3369185<br>Ryan.Walters@oag.texas.gov |
| **AARON F. REITZ**<br>Deputy Attorney General for Legal Strategy | |
| **CHRISTOPHER D. HILTON**<br>Chief for General Litigation Division | OFFICE OF THE ATTORNEY GENERAL<br>GENERAL LITIGATION DIVISION<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: (512) 475-4196<br>Facsimile: (512) 320-0667 |
| | ***ATTORNEYS FOR PLAINTIFF***<br>***STATE OF TEXAS*** |

### CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

*/s/ Ryan D. Walters*
**RYAN D. WALTERS**

2