# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS<br>   *Plaintiff,*<br><br>v.<br><br>ALEJANDRO MAYORKAS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPT. OF HOMELAND SECURITY, ET AL.<br>   *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:23-CV-00001 |

## NOTICE OF APPEARANCE

Plaintiff the State of Texas files this Notice of Appearance and hereby notifies the Court that Charles K. Eldred will appear as co-counsel in the above-captioned case. Mr. Eldred is a member in good standing with the State Bar of Texas and with this Court. Plaintiff the State of Texas requests that a copy of all papers served or filed in this action be forwarded to:

    Charles K. Eldred
    Special Counsel for Legal Strategy
    Texas Bar No. 00793681
    Southern District Bar No. 20772
    OFFICE OF THE ATTORNEY GENERAL
    P.O. Box 12548 (MC-009)
    Austin, Texas 78711-2548
    Telephone: (512) 936-1706
    charles.eldred@oag.texas.gov

| | |
|---|---|
| **January 11, 2023** | **RESPECTFULLY SUBMITTED,** |
| **KEN PAXTON**<br>Attorney General of Texas | **JOHNATHAN STONE**<br>*Attorney-in-Charge*<br>Assistant Attorney General<br>Texas State Bar No. 24071779<br>Southern Dist. Bar No. 1635446<br>Johnathan.Stone@oag.texas.gov |
| **BRENT WEBSTER**<br>First Assistant Attorney General | |
| **GRANT DORFMAN**<br>Deputy First Assistant Attorney General | */s/ Charles K. Eldred*<br>**CHARLES K. ELDRED**<br>Special Counsel for Legal Strategy<br>Texas State Bar No. 00793681<br>Southern Dist. Bar No. 20772<br>Charles.Eldred@oag.texas.gov |
| **SHAWN E. COWLES**<br>Deputy Attorney General for Civil Litigation | |
| **AARON F. REITZ**<br>Deputy Attorney General for Legal Strategy | **RYAN D. WALTERS**<br>Special Counsel<br>Texas State Bar No. 24105085<br>Southern District Bar No. 3369185<br>Ryan.Walters@oag.texas.gov |
| **CHRISTOPHER D. HILTON**<br>Chief for General Litigation Division | |
| | OFFICE OF THE ATTORNEY GENERAL<br>GENERAL LITIGATION DIVISION<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: (512) 475-4196<br>Facsimile: (512) 320-0667 |
| | ***ATTORNEYS FOR PLAINTIFF STATE OF TEXAS*** |

### CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

*/s/ Charles K. Eldred*
**CHARLES K. ELDRED**