AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| State of Texas | ) |
| | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 6:23-CV-1 |
| Alejandro Mayorkas, et al. | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joseph R. Biden, Jr., in his official capacity as the
President of the United States
1600 Pennsylvania Avenue NW
Washington, D.C. 20500


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Nathan Ochsner, Clerk of Court_

Date: January 10, 2023

_s/ Brittany Boniface_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:23-CV-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph R. Biden, Jr., in his official capacity as the President of the United States

was received by me on *(date)*   January 10, 2023   .

☒  I personally served the summons on the individual at *(place)*

1600 Pennsylvania Avenue NW Washington, D.C. 20500   on (date)   January 19, 2023   ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   February 24, 2023

_____
*Server's signature*

Johnathan Stone, Assistant Attorney General
_____
*Printed name and title*

Office of the Attorney General
PO Box 12548 Capitol Station
Austin, Texas 78711-2548
_____
*Server's address*

Additional information regarding attempted service, etc:

On January 10, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7020 1290 0000 7441 8870- Delivered 01/19/23.

Please see attached certified mail receipt, return receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

. Article Addressed to:

Joseph R. Biden, Jr.
President of the United States
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

9590 9402 6993 1225 5246 93

Article Number (Transfer from service label)

7020 1290 0000 7441 8870

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                          ☐ Agent
                                           ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

MSOD Mail Operation

Service Type                          ☐ Priority Mail Express®
Adult Signature                       ☐ Registered Mail™
Adult Signature Restricted Delivery   ☐ Registered Mail Restricted
Certified Mail®                          Delivery
Certified Mail Restricted Delivery    ☐ Signature Confirmation™
☐ Collect on Delivery                 ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery   Restricted Delivery
ail
all Restricted Delivery
(over $500)

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7020 1290 0000 7441 8870

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage
$

Sent To
Joseph R. Biden, Jr.
President of the United States
Street and
1600 Pennsylvania Avenue NW
City, State,
Washington, D.C. 20500

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

USPS TRACKING #



9590 9402 6993 1225 5246 93

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Johnathan Stone
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station MC-019
Austin, TX 78711-2548

JNS/SOT v. Mayorkas, et al./Complaint

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** April 2015 *(Reverse)* PSN 7530-02-000-9047

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 70201290000074418870

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 3:44 am on January 19, 2023 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
January 19, 2023, 3:44 am

**See All Tracking History**

Text & Email Updates                                        ⌄

USPS Tracking Plus®                                          ⌄

Product Information                                          ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| State of Texas | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   6:23-CV-1 |
| Alejandro Mayorkas, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joseph R. Biden, Jr., in his official capacity as the
President of the United States
by registered or certified mail to the
Attorney General of the United States
950 Pennsylvania Avenue, NW

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: January 10, 2023

*s/ Brittany Boniface*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-CV-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph R. Biden ,in his official capacity as the, President of the United States

was received by me on *(date)* 01/10/23 .

☒ I personally served the summons on the individual at *(place)* Attorney General of the United States

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on *(date)* 01/17/23 ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

                                                                                              .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/31/23                     _____
                                                      *Server's signature*

                                   Johnathan Stone, Assistant Attorney General
                                   _____
                                                      *Printed name and title*

                                   Office of the Attorney General
                                   PO Box 12548 Capitol Station
                                   Austin, Texas 78711-2548
                                   _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

On January 17, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7020 1290 0000 7441 8887- Delivered 01/17/23.

Please see attached certified mail receipt, return receipt.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Joseph R. Biden, Jr.<br>c/o Attorney General of the US<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| 9590 9402 6993 1225 5247 09 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2.   7020 1290 0000 7441 8887 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Pos
$
Sent To    Joseph R. Biden, Jr.
           c/o Attorney General of the US
Street and 950 Pennsylvania Avenue, NW
           Washington, DC 20530-0001
City, State, ZIP+4®

7020 1290 0000 7441 8887

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

United States
Postal Service

RECEIVED
JAN 24 2023
TEXAS ATTORNEY GENERAL
GENERAL LITIGATION

Johnathan Stone
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station MC-019
Austin, TX 78711-2548

INS/SOT v. Mayorkas, et al./Complaint

9590 9402 6993 1225 5247 09

USPS TRACKING #

• Sender: Please print your name, address, and ZIP+4® in this box •

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| State of Texas | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   6:23-CV-1 |
| Alejandro Mayorkas, et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joseph R. Biden, Jr., in his official capacity as the
President of the United States
by registered or certified mail to the civil-process clerk at the
Office of the United States Attorney for the Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: January 10, 2023

*s/ Brittany Boniface*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:23-CV-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Joseph R. Biden, Jr., in his official capacity as the President of the United States

was received by me on *(date)*   01/10/23        .

☒ I personally served the summons on the individual at *(place)*   Office of the United States Attorney for the Southern District of Texas

1000 Louisiana, Ste. 2300, Houston, TX 77002           on *(date)*   01/17/23        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00      .

I declare under penalty of perjury that this information is true.

Date:  01/31/23                              _____
                                                    *Server's signature*

                                       Johnathan Stone, Assistant Attorney General
                                                    *Printed name and title*

                                            Office of the Attorney General
                                            PO Box 12548 Capitol Station
                                            Austin, Texas 78711-2548
                                                    *Server's address*

Additional information regarding attempted service, etc:

On January 17, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7018 0680 0001 3693 7773- Delivered 01/17/23.

Please see attached certified mail receipt, return receipt.



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph R. Biden, Jr.
c/o Civil-process Clerk at the
Office of the US Atty - SDTX
1000 Louisiana, Ste. 2300
Houston, TX 77002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Scott Keval_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Scott KEVAL   1/17/2023

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. ____  7018 0680 0001 3693 7773

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $

Postmark
Here

Postage
$

Total Po

Joseph R. Biden, Jr.
c/o Civil-process Clerk at the
Office of the US Atty - SDTX
1000 Louisiana, Ste. 2300
Houston, TX 77002

Sent To

Street ar

City, State, ZIP+4®

7018 0680 0001 3693 7773

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

United States
Postal Service

USPS TRACKING #
9590 9402 1225 5247 16

RECEIVED
JAN 24 2023
TEXAS ATTORNEY GENERAL
GENERAL LITIGATION DIVISION

• Sender: Please print your name, address, and ZIP+4® in this box•

Johnathan Stone
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station MC-019
Austin, TX 78711-2548
JNS/SOT v. Mayorkas, et al/Complaint

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| State of Texas | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   6:23-cv-1 |
| Alejandro Mayorkas, et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security
Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20525-0525


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*Nathan Ochsner, Clerk of Court*

Date: January 10, 2023

 *s/ Brittany Boniface*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   6:23-cv-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security

was received by me on *(date)*    January 10, 2023    .

☒ I personally served the summons on the individual at *(place)*   Department of Homeland Security

2707 Martin Luther King Jr Ave SE Washington, DC 20525-0502    on *(date)*   January 13, 2023    ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____    on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   February 24, 2023

_____
*Server's signature*

Johnathan Stone, Assistant Attorney General
_____
*Printed name and title*

Office of the Attorney General
PO Box 12548 Capitol Station
Austin, Texas 78711-2548
_____
*Server's address*

Additional information regarding attempted service, etc:

On January 10, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and
Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7020 1290 0000 7441 9990- Delivered 01/13/23.

Please see attached certified mail receipt, return receipt

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee

$                                        4/10

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____        SOT
☐ Certified Mail Restricted Delivery $ _____        Postmark
☐ Adult Signature Required         $ _____           Here
☐ Adult Signature Restricted Delivery $ _____

Pos

Alejandro Mayorkas

Tot    Secretary of Homeland Security

Department of Homeland Security

Ser    2707 Martin Luther King Jr Ave SE

Str    Washington, DC 20525-0525

*City, State, ZIP+4®*

**PS Form 3800, April 2015** PSN 7530-02-000-9047        **See Reverse for Instructions**

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

# USPS Tracking®

**FAQs ›**

**Tracking Number:**                                                                **Remove ✕**

## 70201290000074419990

**Copy**          **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:05 am on January 13, 2023 in WASHINGTON, DC 20528.

---

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20528
January 13, 2023, 11:05 am

**See All Tracking History**

---

**Text & Email Updates**                                                      ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| State of Texas | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  6:23-CV-1 |
| Alejandro Mayorkas, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security
by registered or certified mail to the
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: January 10, 2023

*s/ Brittany Boniface*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:23-CV-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security

was received by me on *(date)*  01/10/23  .

☒ I personally served the summons on the individual at *(place)*  Attorney General of the United States

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001  on *(date)*  01/17/23  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

                                                                                                              .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  01/31/23  _____

                                    *Server's signature*

                    Johnathan Stone, Assistant Attorney General
                                    *Printed name and title*

                            Office of the Attorney General
                            PO Box 12548 Capitol Station
                            Austin, Texas 78711-2548
                                    *Server's address*

Additional information regarding attempted service, etc:

On January 17, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7020 1290 0000 7442 0002- Delivered 01/17/23.

Please see attached certified mail receipt, return receipt

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alejandro Mayorkas
c/o Attorney General of the US
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                         ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
          JAN 17 2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
    (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7020 1290 0000 7442 0002

PS Form **3811**, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



United States
Postal Service

USPS TRACKING #

9590 9402 6693 5215 70

TEXAS ATTORNEY GENERAL
GENERAL LITIGATION DIVISION

RECEIVED
JAN 24 2023

• Sender: Please print your name, address, and ZIP+4® in this box•

Johnathan Stone
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station MC-019
Austin, TX 78711-2548

JNS/SOT v. Mayorkas, et al./Complaint

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total
Sent T

Street

City, St

Alejandro Mayorkas
c/o Attorney General of the US
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PS Form **3800**, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

<table>
<tr><td>State of Texas</td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.  6:23-CV-1</td></tr>
<tr><td>Alejandro Mayorkas, et al.</td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Defendant</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security
by registered or certified mail to the civil-process clerk at the
Office of the United States Attorney for the Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: January 10, 2023

*s/ Brittany Boniface*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:23-CV-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security

was received by me on *(date)*  01/10/23  .

☒ I personally served the summons on the individual at *(place)*  Office of the United States Attorney for the Southern District of Texas

1000 Louisiana, Ste. 2300, Houston, TX 77002  on *(date)*  01/17/23  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  01/31/23

_____
*Server's signature*

Johnathan Stone, Assistant Attorney General
*Printed name and title*

Office of the Attorney General
PO Box 12548 Capitol Station
Austin, Texas 78711-2548
*Server's address*

Additional information regarding attempted service, etc:

On January 17, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7020 1290 0000 7441 8900- Delivered 01/17/23.

Please see attached certified mail receipt, return receipt.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required          $
☐ Adult

Postmark
Here

1/10
SOE

Postage
$

Alejandro Mayorkas
c/o Civil-process Clerk at the
Office of the US Atty - SDTX
1000 Louisiana, Ste. 2300
Houston, TX 77002

Total Po
$

Sent To

Street a

City, State, ZIP+4®

7020 1290 0000 7441 8900

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions



**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Scot Reval                    1/17/2023

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alejandro Mayorkas
c/o Civil-process Clerk at the
Office of the US Atty - SDTX
1000 Louisiana, Ste. 2300
Houston, TX 77002

9590 9402 6993 1225 5245 94

United States
Postal Service

RECEIVED
JAN 24 2023

Johnathan Stone
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station MC-019
Austin, TX 78711-2548

JNS/SOT v. Mayorkas, et al/Complaint

● Sender: Please print your name, address, and ZIP+4® in this box●

TEXAS ATTORNEY GE  F L
GE ERAL LITIGA

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| State of Texas | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  6:23-CV-1 |
| Alejandro Mayorkas, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ur Jaddou, in her official capacity as Director of U.S. Citizenship and Immigration
Services
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20525-0525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: __January 10, 2023__

___*s/ Brittany Boniface*___
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:23-CV-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Ur Jaddou, in her official capacity as Director of U.S. Citizenship and Immigration Services

was received by me on *(date)*  January 10, 2023  .

☒ I personally served the summons on the individual at *(place)*  U.S. Department of Homeland Security

2707 Martin Luther King Jr Ave SE Washington, DC 20525-0525  on *(date)*  January 13, 2023  ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  February 24, 2023

_____
*Server's signature*

Johnathan Stone, Assistant Attorney General
_____
*Printed name and title*

Office of the Attorney General
PO Box 12548 Capitol Station
Austin, Texas 78711-2548
_____
*Server's address*

Additional information regarding attempted service, etc:

On January 10, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7020 1290 0000 7442 2518- Delivered 01/13/23.

Please see attached certified mail receipt, return receipt



USPS TRACKING #

9590 9402 6993 1225 5246 24

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Johnathan Stone
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station MC-019
Austin, TX 78711-2548

JNS/SOT v. Mayorkas, et al./Complaint

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total

Sent

Street

City,

7020 1290 0000 7442 2518

1/10
Postmark
Here
SOT

Ur Jaddou
U.S. Citizenship and Immigr. Services
U.S. Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20525-0525

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ur Jaddou
U.S. Citizenship and Immigr. Services
U.S. Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20525-0525

9590 9402 6993 1225 5246 24

2. Article Number *(Transfer from service label)*

7020 1290 0000 7442 2518

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☑ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery
   0)

☐ Priority Mail Express®
☑ Registered Mail™
☑ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt

---

**Certified Mail service provides the following benefits:**

■ A receipt (this portion of the Certified Mail label).
■ A unique identifier for your mailpiece.
■ Electronic verification of delivery or attempted delivery.
■ A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*
■ You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
■ Certified Mail service is *not* available for international mail.
■ Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
■ For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

■ To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

# USPS Tracking®

FAQs ›

**Tracking Number:**

**Remove** ✕

## 70201290000074422518

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:05 am on January 13, 2023 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20528
January 13, 2023, 11:05 am

**See All Tracking History**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| State of Texas | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   6:23-CV-1 |
| Alejandro Mayorkas, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ur Jaddou, in her official capacity as Director of U.S. Citizenship and Immigration
Services;
by registered or certified mail to the
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: January 10, 2023

 *s/ Brittany Boniface*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:23-CV-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Ur Jaddou, in her official capacity as Director of U.S. Citizenship and Immigration Services;

was received by me on *(date)*  01/10/23 .

☒ I personally served the summons on the individual at *(place)*  **Attorney General of the United States**

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001  on *(date)*  01/17/23  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  01/31/23                                    _____
                                                                 *Server's signature*

                                                   Johnathan Stone, Assistant Attorney General
                                                   _____
                                                                 *Printed name and title*

                                                   Office of the Attorney General
                                                   PO Box 12548 Capitol Station
                                                   Austin, Texas 78711-2548
                                                   _____
                                                                 *Server's address*

Additional information regarding attempted service, etc:

On January 17, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7020 1290 0000 7441 8894- Delivered 01/17/23.

Please see attached certified mail receipt, return receipt.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult

Postage
$
Total Po
$

Sent To    Ur Jaddou
           c/o US Attorney General of the US
Street a.   950 Pennsylvania Avenue, NW
           Washington, DC 20530-0001
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

1/10
SOT
Postmark
Here

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ur Jaddou
c/o Attorney General of the US
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

2. Article Number *(Transfer from service label)*
7020 1290 0000 7441 8894

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addr

B. Received by *(Printed Name)*    C. Date of De

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Expre
☐ Adult Signature Restricted Delivery ☐ Registered Mail
☐ Certified Mail®                  ☐ Registered Mail R
☐ Certified Mail Restricted Delivery  Restricted Deliver
☐ Collect on Delivery              ☐ Signature Confirm
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirm
☐                                     Restricted Deliver
   Restricted Delivery

Domestic Return R

---

**United States Postal Service**

RECEIVED
JAN 24 '23
CAPITOL DISTRICT 20B

USPS TRACKING #

9590 9402 6993 1225 5246 17

• Sender: Please print your name, address, and ZIP+4® in this box •

TEXAS ATTORNEY GENERAL
GENERAL LITIGATION DIVISION

Johnathan Stone
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station MC-019
Austin, TX 78711-2548

JNS/SOT v. Mayorkas, et al./Complaint

First-Class Mail
Postage & Fees Pa
USPS
Permit No. G-10

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Texas

| | |
|---|---|
| State of Texas | ) |
| | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No.   6:23-CV-1 |
| Alejandro Mayorkas, et al. | ) |
| | ) |
| _Defendant_ | ) |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Ur Jaddou, in her official capacity as Director of U.S. Citizenship and Immigration Services;
by registered or certified mail to the civil-process clerk at the
Office of the United States Attorney for the Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Nathan Ochsner, Clerk of Court_

Date: January 10, 2023

_s/ Brittany Boniface_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-94

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Ur Jaddou, in her official capacity as Director of U.S. Citizen

was received by me on *(date)*   01/10/23   .

☒ I personally served the summons on the individual at *(place)*   Office of the United States Attorney for the Sout

1000 Louisiana, Ste. 2300, Houston, TX 77002   on *(date)*   01/17/23   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  01/31/23       _____
                      *Server's signature*

                      Johnathan Stone, Assistant Attorney General
                      _____
                      *Printed name and title*

                      Office of the Attorney General
                      PO Box 12548 Capitol Station
                      Austin, Texas 78711-2548
                      _____
                      *Server's address*

Additional information regarding attempted service, etc:

On January 17, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for
Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested
7020 1290 0000 7441 8849- Delivered 01/17/23.

Please see attached certified mail receipt, return receipt.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To

Ur Jaddou
c/o Civil-process Clerk at the
Office of the US Atty - SDTX
1000 Louisiana, Ste. 2300
Houston, TX 77002

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7020 1290 0000 7441 8849

1/10 SOT

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ur Jaddou
c/o Civil-process Clerk at the
Office of the US Atty - SDTX
1000 Louisiana, Ste. 2300
Houston, TX 77002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent
                         ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
Scott Reval                       1/17/2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7020 1290 0000 7441 8849

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---



USPS TRACKING #

9590 9402 6993 3225 5246 00

United States
Postal Service

**RECEIVED**

JAN 24 2023
GENEF JL.
TEXAS ATTORNEY GENEF JL.
GENERAL LITIGA[TION...]

JNS/SOT v. Mayorkas, et al./Complaint

• Sender: Please print your name, address, and ZIP+4® in this box•

Johnathan Stone
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station MC-019
Austin, TX 78711-2548

First-Class Mail
Postage & Fees F
USPS
Permit No. G-10

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| State of Texas | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) |
| Alejandro Mayorkas, et al. | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.   6:23-CV-1

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20525-0525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: January 10, 2023

_s/ Brittany Boniface_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:23-CV-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     U.S. Citizenship and Immigration Services

was received by me on *(date)*     January 10, 2023     .

☒ I personally served the summons on the individual at *(place)*     U.S. Department of Homeland Security

2707 Martin Luther King Jr Ave SE Washington, DC 20525-0525     on *(date)*     January 13, 2023     ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:  February 24, 2023

*Server's signature*

Johnathan Stone, Assistant Attorney General

*Printed name and title*

Office of the Attorney General
PO Box 12548 Capitol Station
Austin, Texas 78711-2548

*Server's address*

Additional information regarding attempted service, etc:

On January 10, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7020 1290 0000 7441 8856- Delivered 01/13/23.

Please see attached certified mail receipt, return receipt



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature ...

Postmark Here

Postage
$

Total
$

Sent

Street

City, State, ZIP+4®

U.S. Citizenship and Immigr. Services
U.S. Dept. of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20525-0525

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7441 8856 0000 1290 7220

1/10 SOT

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece.

  for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

# USPS Tracking®

FAQs >

Tracking Number:                                                          Remove ✕

## 70201290000074418856

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:05 am on January 13, 2023 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20528
January 13, 2023, 11:05 am

**See All Tracking History**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| State of Texas | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   6:23-CV-1 |
| Alejandro Mayorkas, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Citizenship and Immigration Services
by registered or certified mail to the
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: January 10, 2023

*s/ Brittany Boniface*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:23-CV-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     U.S. Citizenship and Immigration Services

was received by me on *(date)*     January 10, 2023     .

☒ I personally served the summons on the individual at *(place)*     Attorney General of the United States

950 Pennsylvania Avenue, NW Washington, DC 20530-0001     on *(date)*     January 17, 2023     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____     on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     February 24, 2023

_____
*Server's signature*

Johnathan Stone, Assistant Attorney General

_____
*Printed name and title*

Office of the Attorney General PO Box 12548 Capitol Station
Austin, Texas 78711-2548

_____
*Server's address*

Additional information regarding attempted service, etc:

On January 10, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7020 1290 0000 7441 8382- Delivered 01/17/23.

Please see attached certified mail receipt, return receipt

**Certified Mail service provides the following benefits:**

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not available* for international mail.
- Insurance coverage is *not available* for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

---

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)      $ _____
- ☐ Return Receipt (electronic)    $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required        $ _____
- ☐ Adult Signature Restricted Delivery $ _____

1/10
SOT

Postmark Here

Postage
$ _____

Total Postage

$ _____

Sent To   U.S. Citizenship and Immigr. Services
U.S. Dept. of Homeland Security
c/o Attorney General of the US
Street and   950 Pennsylvania Avenue, NW
City, State   Washington, DC 20530-0001

7020 1290 0000 7441 8362

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instruction

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 70201290000074418382

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:55 am on January 17, 2023 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
January 17, 2023, 4:55 am

**See All Tracking History**

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                      ⌄

---

**Product Information**                                       ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

<table>
<tr><td>State of Texas</td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.   6:23-CV-1</td></tr>
<tr><td>Alejandro Mayorkas, et al.</td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Defendant</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Citizenship and Immigration Services
by registered or certified mail to the civil-process clerk at the
Office of the United States Attorney for the Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Nathan Ochsner, Clerk of Court

Date: January 10, 2023_____        _s/ Brittany Boniface_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:23-CV-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   __U.S. Citizenship and Immigration Services__

was received by me on *(date)*   01/10/23   .

☒ I personally served the summons on the individual at *(place)*   Office of the United States Attorney for the Southern District of Texas

__1000 Louisiana, Ste. 2300, Houston, TX 77002__   on *(date)*   01/17/23   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*   _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  01/31/23

_____
Server's signature

Johnathan Stone, Assistant Attorney General
_____
Printed name and title

Office of the Attorney General
PO Box 12548 Capitol Station
Austin, Texas 78711-2548
_____
Server's address

Additional information regarding attempted service, etc:

On January 17, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7020 1290 0000 7441 8863- Delivered 01/17/23.

Please see attached certified mail receipt, return receipt.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Ad

1/10
SOT

Postmark
Here

Posta
$
Total
$
Sent

U.S. Citizenship and Immigr. Services
c/o Civil-process Clerk at the
Office of the US Atty - SDTX
1000 Louisiana, Ste. 2300
Houston, TX 77002

Stree

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1290 0000 7441 8863

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery
   Scott Revitt                      1/17/2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Citizenship and Immigr. Services
c/o Civil-process Clerk at the
Office of the US Atty - SDTX
1000 Louisiana, Ste. 2300
Houston, TX 77002

---

USPS TRACKING #

9590 9402 6993 1225 5246 48

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Johnathan Stone
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station MC-019
Austin, TX 78711-2548

RECEIVED
JAN 24 2023
TEXAS ATTORNEY GENERAL
GENERAL LITIGATION
STONE, J
JOHNS/SOT v. Mayorkas, et al/Complaint

01/17/18

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| State of Texas | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   6:23-CV-1 |
| Alejandro Mayorkas, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20525-0525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: January 10, 2023

*s/ Brittany Boniface*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:23-CV-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*       U.S. Department of Homeland Security

was received by me on *(date)*     January 10, 2023     .

☒ I personally served the summons on the individual at *(place)*

2707 Martin Luther King Jr Ave SE Washington, DC 20525-0525   on *(date)*   January 13, 2023  ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:  Feburary 24, 2023

*Server's signature*

**Johnathan Stone, Assistant Attorney General**

*Printed name and title*

Office of the Attorney General
PO Box 12548 Capitol Station
Austin, Texas 78711-2548

*Server's address*

Additional information regarding attempted service, etc:

On January 10, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7020 1290 0000 7442 0026- Delivered 01/13/23.

Please see attached certified mail receipt, return receipt.

**Certified Mail service provides the following benefits:**

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is not available for international mail.
- Insurance coverage is not available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, Domestic Return Receipt; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery

Postage
$

Total Postage and Fees
$

Sent To     U.S. Department of Homeland Security
Street and  2707 Martin Luther King Jr Ave SE
City, State, ZIP+4®   Washington, DC 20525-0525

7020 0640 0000 7442 0026

PS Form 3800, April 2015 PSN 7500-02-000-9047        See Reverse for Instructions

# USPS Tracking®

FAQs ›

Tracking Number:                                                                   Remove ✕

## 70201290000074420026

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:05 am on January 13, 2023
in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20528
January 13, 2023, 11:05 am

**See All Tracking History**

Feedback

---

**Text & Email Updates**                                                              ⌄

---

**USPS Tracking Plus®**                                                               ⌄

---

**Product Information**                                                               ⌄

                                    See Less ⌃

---

Track Another Package

[ Enter tracking or barcode numbers                                                      ]

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| State of Texas | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   6:23-CV-1 |
| Alejandro Mayorkas, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Department of Homeland Security
by registered or certified mail to the
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: January 10, 2023

*s/ Brittany Boniface*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:23-CV-1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     U.S. Department of Homeland Security

was received by me on *(date)*     January 10, 2023     .

☒ I personally served the summons on the individual at *(place)*     Attorney General of  the United States

950 Pennsylvania Avenue, NW Washington, DC 20530-0001     on *(date)*     January 17, 2023     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____     on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     February 24, 2023

_____
*Server's signature*

Johnathan Stone, Assistant Attorney General

_____
*Printed name and title*

Office of the Attorney General
PO Box 12548 Capitol Station
Austin, Texas 78711-2548

_____
*Server's address*

Additional information regarding attempted service, etc:

On January 10, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for
Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested
7020 1290 0000 7441 8832- Delivered 01/17/23.

Please see attached certified mail receipt, return receipt

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee

$

1/10

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $ _____

☐ Return Receipt (electronic)        $ _____

☐ Certified Mail Restricted Delivery $ _____

☐ Adult

☐ Adult

SO

Postmark Here

Postage

$

Total P.

$

U.S. Dept. of Homeland Security
c/o Attorney General of the US
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** April 2015 *(Reverse)* PSN 7530-02-000-9047

# USPS Tracking®

FAQs >

**Tracking Number:**                                                    Remove ✕

## 70201290000074418832

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:55 am on January 17, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
January 17, 2023, 4:55 am

**See All Tracking History**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                    ⌄

---

**Product Information**                                                    ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| State of Texas | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   6:23-CV-1 |
| Alejandro Mayorkas, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Department of Homeland Security
by registered or certified mail to the civil-process clerk at the
Office of the United States Attorney for the Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: January 10, 2023

*s/ Brittany Boniface*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:23-CV-1

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*       U.S. Department of Homeland Security

was received by me on *(date)*   01/10/23         .

☒ I personally served the summons on the individual at *(place)*   Office of the United States Attorney for the Southern District of Texas

1000 Louisiana, Ste. 2300, Houston, TX 77002         on *(date)*   01/17/23           ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____         on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00      .

I declare under penalty of perjury that this information is true.

Date:  01/31/23

_____
*Server's signature*

Johnathan Stone, Assistant Attorney General
_____
*Printed name and title*

Office of the Attorney General
PO Box 12548 Capitol Station
Austin, Texas 78711-2548
_____
*Server's address*

Additional information regarding attempted service, etc:

On January 17, 2023, I served this summons, Plaintiff's Original Complaint, and the Court's Order for Scheduling Conference and Disclosure of Interested Parties, via Certified Mail, Return Receipt Requested 7020 1290 0000 7441 8825- Delivered 01/17/23.

Please see attached certified mail receipt, return receipt.



