| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 23-cv-0001 |

**State of Texas**

*versus*

**Alejandro Mayorkas, et al.,**

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Alexander V. Sverdlov<br>U.S. Department of Justice<br>1100 L St., N.W., Washington, D.C. 20005<br>Tel: (202) 305-8550<br>alexander.v.sverdlov@usdoj.gov<br>N.Y. State Bar No. 4918793 |

| Name of party applicant seeks to appear for: | All Defendants |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/13/2023      Signed: [signature]

The state bar reports that the applicant's status is:

Dated:        Clerk's signature

**Order**      **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                    United States District Judge