IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS**,<br><br>                    *Plaintiff*,<br>**v.**<br><br>**ALEJANDRO MAYORKAS**, in his official capacity as Secretary of the Department of Homeland Security; **UNITED STATES DEPARTMENT OF HOMELAND SECURITY**; **UR MENDOZA JADDOU**, in her official capacity as Director of the United States Citizenship and Immigration Services; **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**; and **JOSEPH R. BIDEN**, in his official capacity as President of the United States,<br><br>                    *Defendants.* | Case No. 6:23-cv-00001<br><br>Hon. Drew B. Tipton |

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants respectfully request a 25-day extension of time to respond to the complaint filed by Plaintiff, the State of Texas (Texas). The new deadline for that response would be April 14, 2023. Counsel for the parties have conferred as required by Local Rule 7.1(D), and Texas has indicated that it does not oppose this request. In support of this motion, Defendants submit the following:

1.  Texas filed its complaint in this case on January 5, 2023. ECF No. 1. The complaint names as Defendants Secretary of Homeland Security Alejandro Mayorkas,

1

Director of United States Citizenship and Immigration Services Ur Mendoza Jaddou, and President Joseph R. Biden—in their official capacities—as well as the United States Department of Homeland Security and the United States Citizenship and Immigration Services.

2. The United States Attorney for the Southern District of Texas was served a copy of the summons and the complaint on January 17, 2023. *See generally* ECF No. 9.

3. Under Rule 12 of the Federal Rules of Civil Procedure, Federal government defendants have 60 days from service on the United States Attorney to respond to a complaint. Fed. R. Civ. P. 12(a)(2). Accordingly, Defendants' response to the complaint in this matter is due no later than March 20, 2023. *See* Fed. R. Civ. P. 6(a)(1)(C).

4. Counsel for Defendants has begun to prepare a response to the complaint. However, the press of other matters has impeded counsel's ability to prepare a response by the current due date of March 20. Among other things, counsel is currently occupied with briefing on a preliminary injunction in *National Horsemen's Benevolent and Protective Association et. al. v. Black et. al.*, Case No. 21-cv-71 (N.D. Tex) (response brief due on March 29, 2023) and summary judgment briefing in *Aposhian v. Garland*, Case No. 19-cv-37 (D. Utah) (reply brief due on March 27, 2023). Counsel therefore requires the additional 25 days to ensure that he has sufficient time to thoroughly review the claims and defenses at issue and present appropriate arguments to the Court.

5. Accordingly, Defendants respectfully request that the Court grant this motion and extend Defendants' time to respond to Texas's complaint until April 14, 2023.

A proposed order is attached.

Dated: March 14, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALAMDAR HAMDANI
United States Attorney

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Alexander V. Sverdlov
Alexander V. Sverdlov (N.Y. Bar No. 4918793)
Trial Attorney
U.S. Department of Justice
Federal Programs Branch, Civil Division
1100 L St., N.W.
Washington, D.C. 20005
Tel: (202) 305-8550 / Fax: (202) 616-8460
alexander.v.sverdlov@usdoj.gov
christopher.a.eiswerth@usdoj.gov

Lance Duke
Assistant United States Attorney
Southern District of Texas
800 N. Shoreline Blvd., Ste. 500
Tel: (361) 446-2890
Fax: (361) 888-3200
lance.duke@usdoj.gov

*Counsel for Defendants*