IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS**, <br><br> *Plaintiff,* <br><br> **v.** <br><br> **ALEJANDRO MAYORKAS, et al.**, <br><br> *Defendants.* | Case No. 6:23-cv-00001 |

**[PROPOSED] ORDER**

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Complaint. For good cause shown, Defendants' motion is GRANTED. Defendants shall respond to Plaintiff's complaint on or before April 14, 2023.

IT IS SO ORDERED.

DATE: March __, 2023

_____
Drew B. Tipton
United States District Judge