United States District Court
Southern District of Texas

**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 23-cv-0001 |
|---|---|---|---|

State of Texas

*versus*

Alejandro Mayorkas, et al.,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Alexander V. Sverdlov<br>U.S. Department of Justice<br>1100 L St., N.W., Washington, D.C. 20005<br>Tel: (202) 305-8550<br>alexander.v.sverdlov@usdoj.gov<br>N.Y. State Bar No. 4918793 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/13/2023 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: currently registered | |
|---|---|
| Dated: March 14, 2023 | Clerk's signature: KPapain |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 14, 2023

_____
Drew B Tipton
United States District Judge