IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:23-CV-1 |
| | § | |
| ALEJANDRO MAYORKAS ET AL., | § | |
| *Defendants.* | § | |

# PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff the State of Texas certifies to the Court that, to the best of Plaintiff's knowledge, the following persons/entities are financially interested in the outcome of this litigation:

- Plaintiff State of Texas, c/o Johnathan Stone, Assistant Attorney General, General Litigation Division, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.

- Defendants, c/o Alexander V. Sverdlov, Trial Attorney, U.S. Department of Justice, Federal Programs Branch, Civil Division, 1100 L St., N.W. Washington, D.C. 20005.

Respectfully submitted,

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas<br><br>**BRENT WEBSTER**<br>First Assistant Attorney General<br><br>**GRANT DORFMAN**<br>Deputy First Assistant Attorney General<br><br>**SHAWN E. COWLES**<br>Deputy Attorney General for Civil Litigation<br><br>**AARON F. REITZ**<br>Deputy Attorney General for Legal Strategy<br><br>**CHRISTOPHER D. HILTON**<br>Chief for General Litigation Division | */s/Johnathan Stone*<br>**JOHNATHAN STONE**<br>*Attorney-in-Charge*<br>Assistant Attorney General<br>Texas State Bar No. 24071779<br>Southern Dist. Bar No. 1635446<br>Johnathan.Stone@oag.texas.gov<br><br>**CHARLES K. ELDRED**<br>Special Counsel for Legal Strategy<br>Texas State Bar No. 00793681<br>Southern Dist. Bar No. 20772<br>Charles.Eldred@oag.texas.gov<br><br>**RYAN D. WALTERS**<br>Special Counsel<br>Texas State Bar No. 24105085<br>Southern District Bar No. 3369185<br>Ryan.Walters@oag.texas.gov<br><br>Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: (512) 475-4196<br>Facsimile: (512) 320-0667<br><br>***ATTORNEYS FOR PLAINTIFF STATE OF TEXAS*** |

## CERTIFICATE OF SERVICE

    I certify that that on April 10, 2023, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/Johnathan Stone*
**JOHNATHAN STONE**
Assistant Attorney General