**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| **STATE OF TEXAS,**<br><br>*Plaintiff*,<br><br>**v.**<br><br>**ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UR MENDOZA JADDOU, in her official capacity as Director of the United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH R. BIDEN, in his official capacity as President of the United States,**<br><br>*Defendants.* | Case No. 6:23-cv-00001<br><br>Hon. Drew B. Tipton |

**JOINT MOTION FOR EXTENSION OF TIME**

The parties, though their undersigned counsel, respectfully request a 2-day extension of time to submit their Case Management Plan and Proposed Scheduling Order, required by this Court's January 10, 2023, Order.  Order, ECF 6 at 1.  Pursuant to that Order, the parties' submission is currently due 14-days before the April 24, 2023, Initial Conference—i.e. today.  The new deadline for the parties' submission would be April 12, 2023.  In support of this request, the parties state the following:

1.      Texas filed its complaint in this case on January 5, 2023. ECF No. 1. The complaint names as Defendants Secretary of Homeland Security Alejandro Mayorkas, Director of United States Citizenship and Immigration Services Ur Mendoza Jaddou, and President Joseph R. Biden—in their official capacities—as well as the United States Department of Homeland Security and the United States Citizenship and Immigration Services.

2.      Under Rule 12 of the Federal Rules of Civil Procedure, Federal government defendants had 60 days from service on the United States Attorney to respond to a complaint. Fed. R. Civ. P. 12(a)(2).  However, due to competing obligations, Defendants sought an extension of time until April 14, 2023, for their response, which the Court granted.  Order, ECF 12.  In conjunction with that extension, the Court scheduled the initial status conference for April 24, 2023.  Order, ECF 13.

3.      Pursuant to the Court's procedural order, the parties are required to confer and submit a Case Management Plan and a Proposed Scheduling Order "no later than 14 days before the" initial conference.  Order, ECF 6, at 3.  As required by the Court's order, the parties have conferred several times to discuss the most efficient way to present this case for the Court's resolution.  At this time, the parties are close to reaching an agreement; however, they still need to finalize several details in their proposal and obtain the necessary approval for the proposal before submitting it with the Court.

4.      Counsel for the parties anticipate that they need two additional days to complete this process.  Accordingly, the parties respectfully request that the Court grant this short extension

and permit the parties to submit their Case Management Plan and Proposed Scheduling Order by

April 12, 2023.

     A proposed order is attached.


Dated: April 10, 2023              Respectfully submitted,

                                    BRIAN M. BOYNTON
                                    Principal Deputy Assistant Attorney General

                                    ALAMDAR HAMDANI
                                    United States Attorney

                                    BRIGHAM J. BOWEN
                                    Assistant Branch Director

                                    <u>/s/ Alexander V. Sverdlov</u>
                                    Alexander V. Sverdlov (N.Y. Bar No. 4918793)
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Federal Programs Branch, Civil Division
                                    1100 L St., N.W.
                                    Washington, D.C. 20005
                                    Tel: (202) 305-8550 / Fax: (202) 616-8460
                                    alexander.v.sverdlov@usdoj.gov
                                    christopher.a.eiswerth@usdoj.gov

                                    Lance Duke
                                    Assistant United States Attorney
                                    Southern District of Texas
                                    800 N. Shoreline Blvd., Ste. 500
                                    Tel: (361) 446-2890
                                    Fax: (361) 888-3200
                                    lance.duke@usdoj.gov

                                    *Counsel for Defendants*

Dated: April 10, 2023

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**AARON F. REITZ**
Deputy Attorney General for Legal Strategy

**CHRISTOPHER D. HILTON**
Chief for General Litigation Division

Respectfully submitted,

*/s/Johnathan Stone*
**JOHNATHAN STONE**
*Attorney-in-Charge*
Assistant Attorney General
Texas State Bar No. 24071779
Southern Dist. Bar No. 1635446
Johnathan.Stone@oag.texas.gov

**CHARLES K. ELDRED**
Special Counsel for Legal Strategy
Texas State Bar No. 00793681
Southern Dist. Bar No. 20772
Charles.Eldred@oag.texas.gov

**RYAN D. WALTERS**
Special Counsel
Texas State Bar No. 24105085
Southern District Bar No. 3369185
Ryan.Walters@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4196
Facsimile: (512) 320-0667

***ATTORNEYS FOR PLAINTIFF STATE OF TEXAS***

## **CERTIFICATE OF SERVICE**

I certify that that on April 10, 2023, this document was filed electronically via the Court's

CM/ECF system, causing electronic service upon all counsel of record.


/s/Johnathan Stone
**JOHNATHAN STONE**
Assistant Attorney General