IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS**,<br><br>　　　　　　*Plaintiff*,<br><br>　v.<br><br>**ALEJANDRO MAYORKAS, et al.**,<br><br>　　　　　　*Defendants*. | Case No. 6:23-cv-00001 |

### [PROPOSED] ORDER

Before the Court is the Parties' Joint Motion for Extension of. For good cause shown, Defendants' motion is GRANTED. The Parties shall submit their Case Management Plan and Proposed Scheduling Order, as required by this Court's January 10, 2023, Order on or before April 12, 2023.

　　IT IS SO ORDERED.

DATE: April ___, 2023　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Drew B. Tipton
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge