United States District Court
Southern District of Texas
**ENTERED**
April 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS,** *Plaintiff*, v. **ALEJANDRO MAYORKAS, et al.,** *Defendants*. | Case No. 6:23-cv-00001 |

## ORDER

Before the Court is the Parties' Joint Motion for Extension of time. For good cause shown, Defendants' motion is GRANTED. The Parties shall submit their Case Management Plan and Proposed Scheduling Order, as required by this Court's January 10, 2023, Order on or before April 12, 2023.

IT IS SO ORDERED.

DATE: April 11, 2023

Drew B. Tipton
United States District Judge