UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 23-cv-00001 |
|---|---|---|---|

**State of Texas**

*versus*

Alejandro Mayorkas, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher A. Eiswerth<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 305-0568<br>christopher.a.eiswerth@usdoj.gov<br>DC Bar No. 1029490 |

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/12/2023 | Signed: | /s/ Christopher A. Eiswerth |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____                _____
                                              United States District Judge