IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS,**<br><br>      *Plaintiff*,<br><br> v.<br><br>**ALEJANDRO MAYORKAS**, in his official capacity as Secretary of the Department of Homeland Security; **UNITED STATES DEPARTMENT OF HOMELAND SECURITY**; **UR MENDOZA JADDOU**, in her official capacity as Director of the United States Citizenship and Immigration Services; **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**; and **JOSEPH R. BIDEN**, in his official capacity as President of the United States,<br><br>      *Defendants*. | Case No. 6:23-cv-00001<br><br>Hon. Drew B. Tipton |

## SCHEDULING ORDER

The disposition of this case will be controlled by the following briefing schedule:

1. <u>April 14, 2023</u>    MOTIONS TO DISMISS OR ANSWER (6,500 WORDS)

2. <u>May 12, 2023</u>    RESPONSES TO MOTIONS TO DISMISS (6,500 WORDS)

3. <u>May 19, 2023</u>    PRODUCTION OF ADMINISTRATIVE RECORD

4. <u>May 26, 2023</u>    REPLIES TO RESPONSES TO MOTIONS TO DISMISS (3,000 WORDS)

5. <u>June 9, 2023</u>    DEADLINE TO SEEK LEAVE FROM THE COURT TO CONDUCT EXTRA-RECORD DISCOVERY

6. <u>June 30, 2023</u>    PLAINTIFF'S DISPOSITIVE MOTIONS DEADLINE (9,000 WORDS)

7.  July 28, 2023          **DEFENDANTS' DISPOSITIVE MOTIONS AND OPPOSITION DEADLINE (9,000 WORDS)**

8.  August 18, 2023        **PLAINTIFF'S RESPONSE IN OPPOSITION AND REPLY TO RESPONSES TO DISPOSITIVE MOTIONS (9,000 WORDS)**

9.  September 8, 2023      **DEFENDANTS' REPLY TO RESPONSE TO DISPOSITIVE MOTIONS (4,500 WORDS)**

It is SO ORDERED.

Signed this ____ of _____, 2023.

_____
**DREW B. TIPTON
UNITED STATES DISTRICT JUDGE**