UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br> *Plaintiff,*<br><br>v.<br><br>ALEJANDRO MAYORKAS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; THE DEPARTMENT OF HOMELAND SECURITY; UR MENDOZA JADDOU, IN HER OFFICIAL CAPACITY AS DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, AND JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES<br> *Defendants.* | §<br>§<br>§<br>§ Civil Action No.: 6:23-cv-00001<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## **NOTICE OF APPEARANCE**

  Please take notice that the undersigned Assistant United States Attorney, Lance Duke, on behalf of all Defendants, appears as counsel on record.

            Respectfully Submitted,

            ALAMDAR S. HAMDANI
            United States Attorney

    By: ***/s/ Lance Duke***
       LANCE DUKE
       Assistant United States Attorney
       Southern District of Texas No: 21949
       Texas State Bar No: 00798157
       800 N. Shoreline Blvd., Suite 500
       Corpus Christi, Texas 78401
       Tel. (361) 888-3111
       Fax (361) 888-3200
       lance.duke@usdoj.gov
       Attorney For Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April 2023, a true and correct copy of the foregoing was provided to all counsel of record via electronic mail, in accordance with the Federal Rules of Civil Procedure.

**Charles Kenneth Eldred**
Attorney General of Texas
Administrative Law Division
P.O. Box 12548 MC-018
Austin, Texas 78711-2548
Tel: 512-936-1706
charles.eldred@oag.texas.gov

**Ryan Daniel Walters**
Office of the Texas Attorney General
Special Litigation Unit
P.O. Box 12548 (MC-009)
Austin, Texas 78701
Tel: 512-936-2714
ryan.walters@oag.texas.gov

**Johnathan Stone**
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station (019)
Austin, Texas 78711
Tel: 512-475-4196
Johnathan.Stone@oag.texas.gov

Alexander V. Sverdlov
US Dept of Justice, Civil Division
P.O. Box 386
Ben Franklin Station
Washington, DC 20044
Tel: 202-307-0138
Alexander.V.Sverdlov@usdoj.Gov

Christopher A. Eiswerth
DOJ-Civ
Federal Programs Branch
1100 L Street, NW Suite 12310
Washington, DC 20005
Tel: 202-305-0568
Christopher.A.Eiswerth@usdoj.Gov

*/s/ Lance Duke*
LANCE DUKE
Assistant United States Attorney