UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 23-cv-00001 |
|---|---|---|---|

**State of Texas**

*versus*

Alejandro Mayorkas, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher A. Eiswerth<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 305-0568<br>christopher.a.eiswerth@usdoj.gov<br>DC Bar No. 1029490 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/12/2023 | Signed: | /s/ Christopher A. Eiswerth |
|---|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 4/13/2023 | Clerk's signature    s/ Stacie Marthiljohni |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: April 13, 2023

_Drew B Tipton_
United States District Judge