IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS**,<br><br>　　　　　　　*Plaintiff*,<br><br>　**v.**<br><br>**ALEJANDRO MAYORKAS, et al.**,<br><br>　　　　　　　*Defendants*. | Case No. 6:23-cv-00001 |

## [PROPOSED] ORDER

Upon consideration of the Defendants' Motion to Dismiss, it is hereby

ORDERED that the Motion is GRANTED. Plaintiff lacks standing to bring its claims, depriving the Court of subject-matter jurisdiction. Fed. R. Civ. P. 12(b)(1). Further, Plaintiff has brought this suit in an improper venue. Fed. R. Civ. P. 12(b)(3).

SO ORDERED this ___ day of _____, 2023.

_____
Drew B. Tipton
District Judge