United States District Court
Southern District of Texas
**ENTERED**
April 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

---

**STATE OF TEXAS,**

*Plaintiff*,

v.

**ALEJANDRO MAYORKAS,** in his official capacity as Secretary of the Department of Homeland Security; **UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UR MENDOZA JADDOU,** in her official capacity as Director of the United States Citizenship and Immigration Services; **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;** and **JOSEPH R. BIDEN,** in his official capacity as President of the United States,

*Defendants.*

Case No. 6:23-cv-00001

Hon. Drew B. Tipton

---

## SCHEDULING ORDER

The disposition of this case will be controlled by the following briefing schedule:

1. April 14, 2023 — **MOTIONS TO DISMISS OR ANSWER (6,500 WORDS)**

2. May 12, 2023 — **RESPONSES TO MOTIONS TO DISMISS (6,500 WORDS)**

3. May 19, 2023 — **PRODUCTION OF ADMINISTRATIVE RECORD**

4. May 26, 2023 — **REPLIES TO RESPONSES TO MOTIONS TO DISMISS (3,000 WORDS)**

5. June 9, 2023 — **DEADLINE TO SEEK LEAVE FROM THE COURT TO CONDUCT EXTRA-RECORD DISCOVERY**

6. June 30, 2023 — **PLAINTIFF'S DISPOSITIVE MOTIONS DEADLINE (9,000 WORDS)**

7.  July 28, 2023                **DEFENDANTS' DISPOSITIVE MOTIONS AND OPPOSITION DEADLINE (9,000 WORDS)**

8.  August 18, 2023              **PLAINTIFF'S RESPONSE IN OPPOSITION AND REPLY TO RESPONSES TO DISPOSITIVE MOTIONS (9,000 WORDS)**

9.  September 8, 2023            **DEFENDANTS' REPLY TO RESPONSE TO DISPOSITIVE MOTIONS (4,500 WORDS)**

It is SO ORDERED.

Signed this 24th of           April          , 2023.

*/s/ Drew B. Tipton*
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**