UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 6:23-CV-00001 |
| | § | |
| ALEJANDRO MAYORKAS, et al., | § | |
| *Defendants*. | § | |

**ORDER DENYING DEFENDANTS' MOTION TO
DISMISS FOR LACK OF JURISDICTION AND IMPROPER VENUE**

Before the Court is Defendants' Motion to Dismiss. For good cause shown, Defendants' motion is GRANTED. The Court, after due consideration of said motion, and all responses and replies, is of the opinion that said Motion should be denied.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is DENIED.

SIGNED this _____ day of _____, 2023.

_____
Drew B. Tipton
United States District Judge

1