United States District Court
Southern District of Texas

**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria ▼ | Case Number | 6:23-cv-00001 |
|---|---|---|---|
| | State of Texas | | |
| | *versus* | | |
| | Alejandro Mayorkas; U.S. Dep't of Homeland Security; Ur Mendoza Jaddou; U.S. Citizenship & Immigration Services; and Joseph R. Biden, Jr. | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Gina M. D'Andrea<br>Immigration Reform Law Institute<br>25 Massachusetts Ave NW<br>Washington, DC 20001<br>202.232.5590  gdandrea@irli.org<br>DC Bar No. 1673459 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Immigration Reform Law Institute<br>(proposed amicus curiae) |

Has applicant been sanctioned by any bar association or court?   Yes __    __   No ___ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   5/11/2023 | Signed:          /s/ Gina M. D'Andrea |
|---|---|

| The state bar reports that the applicant's status is:   **Eligible to Practice** | |
|---|---|
| Dated:   **5/15/2023** | Clerk's signature   **s/ Stacie Marthiljohni** |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated:   May 15, 2023

*Drew B Tipton*
United States District Judge