IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS**, <br><br> *Plaintiff,* <br><br> v. <br><br> **ALEJANDRO MAYORKAS, et al.**, <br><br> *Defendants.* | Case No. 6:23-cv-00001 <br><br> Hon. Drew B. Tipton |

## INDEXES TO THE ADMINISTRATIVE RECORDS

This action implicates two rules promulgated by the U.S. Department of Homeland Security, *Inadmissibility on Public Charge Grounds; Implementation of Vacatur*, Final Rule, 86 Fed. Reg. 14221 (March 15, 2021) (2021 Public Charge Rule) and *Public Charge Ground of Inadmissibility*, Final Rule, 87 Fed. Reg. 55472 (Sept. 9, 2022) (2022 Public Charge Rule).  The certified indexes to the administrative records for the two rules are attached to this filing.  *See* Attach. 1 (certified index for 2021 Public Charge Rule); Attach. 2 (certified index for 2022 Public Charge Rule). The underlying materials listed in both indexes are being produced to Plaintiff concurrently with this filing.

Dated: May 19, 2023	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALAMDAR HAMDANI
United States Attorney

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Alexander V. Sverdlov
Alexander V. Sverdlov (N.Y. Bar No. 4918793)
Attorney-in-Charge / Admitted Pro Hac Vice
Christopher A. Eiswerth (D.C. Bar 1029490)
Admitted Pro Hac Vice
Trial Attorney
U.S. Department of Justice
Federal Programs Branch, Civil Division
1100 L St., N.W.
Washington, D.C. 20005
Tel: (202) 305-8550 / Fax: (202) 616-8460
alexander.v.sverdlov@usdoj.gov
christopher.a.eiswerth@usdoj.gov

Lance Duke
Assistant United States Attorney
Southern District of Texas
800 N. Shoreline Blvd., Ste. 500
Tel: (361) 446-2890
Fax: (361) 888-3200
lance.duke@usdoj.gov

*Counsel for Defendants*