IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, et al. <br><br> Defendants. | Case No. 6:23-cv-00001 <br><br> Hon. Drew B. Tipton |

### CERTIFICATION OF THE ADMINISTRATIVE RECORD FOR THE 2021 PUBLIC CHARGE RULE

I, Juliana Blackwell, pursuant to 28 U.S.C. § 1746, declare as follows: I am employed with the U.S. Department of Homeland Security (the Department), as the Deputy Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. The statements in this certification are based upon my personal knowledge or on information provided to me in the course of my official duties.

The materials listed in the accompanying index constitute, to the best of my knowledge, a true and complete copy of the administrative record for the U.S. Department of Homeland Security's *Inadmissibility on Public Charge Grounds; Implementation of Vacatur*, Final Rule, 86 Fed. Reg. 14221 (March 15, 2021).

_____<br>
Juliana Blackwell<br>
Deputy Executive Secretary<br>
Office of the Executive Secretary<br>
U.S. Department of Homeland Security

Executed this 19th day of May 2023 in Washington, D.C.

**RULEMAKING ADMINISTRATIVE RECORD**
**INADMISSIBILITY ON PUBLIC CHARGE GROUNDS;**
**IMPLEMENTATION OF VACATUR**
*RIN 1615-AA22*

| BATES# | DESCRIPTION |
|---|---|
| | |
| | **1. Main Rulemaking Documents** |
| | |
| | **Final Rule** |
| DHS-2021-000001 – DHS-2021-000009 | DHS, *Inadmissibility on Public Charge Grounds; Implementation of Vacatur*, 86 FR 14221 (March 15, 2021). |
| | |
| | **Final Rule Documents** |
| | DHS, Final Rule, Form Revisions (March 15, 2021) |
| DHS-2021-000010 – DHS-2021-000043 | • Form I-944, Declaration of Self-Sufficiency. |
| DHS-2021-000044 – DHS-2021-000068 | • Form I-356, Request for Cancellation of a Public Charge Bond. |
| DHS-2021-000069 – DHS-2021-000085 | • Form I-945, Public Charge Bond. |
| DHS-2021-000086 – DHS-2021-000164 | • Form I-485, Application to Register Permanent Residence or Adjust Status. |
| DHS-2021-000165 – DHS-2021-000191 | • Form I-864, Affidavit of Support Under Section 213A of the INA. |
| DHS-2021-000192 – DHS-2021-000209 | • Form I-864A, Affidavit of Support Under Section 213A of the INA. |

**RULEMAKING ADMINISTRATIVE RECORD
INADMISSIBILITY ON PUBLIC CHARGE GROUNDS;
IMPLEMENTATION OF VACATUR**
*RIN 1615-AA22*

| BATES# | DESCRIPTION |
|---|---|
| DHS-2021-000210 – DHS-2021-000227 | • Form I-864EZ, Affidavit of Support Under Section 213 of the INA. |
| DHS-2021-000228 – DHS-2021-000237 | • Form I-864W, Affidavit for Exemption for Intending Immigrant's Affidavit of Support. |
| DHS-2021-000238 – DHS-2021-000303 | • Form I-129, Petition for Non-Immigrant Workers. |
| DHS-2021-000304 – DHS-2021-000335 | • Form I-129CW, Petition for a CNMI-Only Non-Immigrant Transitional Worker. |
| DHS-2021-000336 – DHS-2021-000388 | • Form I-539, Application to Extend/Change Nonimmigrant Status. |
| DHS-2021-000389 – DHS-2021-000396 | • Form I-539A, Application to Extend/Change Nonimmigrant Status (co-applicants of Form I-539 principal filers). |
| DHS-2021-000397 – DHS-2021-000418 | • Form I-912, Request for Fee Waiver. |

**RULEMAKING ADMINISTRATIVE RECORD
INADMISSIBILITY ON PUBLIC CHARGE GROUNDS;
IMPLEMENTATION OF VACATUR**
*RIN 1615-AA22*

| | 2. Other Federal Register Documents |
|---|---|
| DHS-2021-000419 – DHS-2021-000423 | Former INS, *Field Guidance on Deportability and Inadmissibility on Public Charge Grounds*, 64 Fed. Reg. 28,689 (May 26, 1999).[1] |
| DHS-2021-000424 – DHS-2021-000640 | DHS, *Inadmissibility on Public Charge Grounds*, 84 FR 41292 (Aug. 14, 2019). |
| DHS-2021-000641 – DHS-2021-000647 | DHS, *Inadmissibility on Public Charge Grounds*, 84 FR 52357 (Oct. 2, 2019) (making corrections). |
| DHS-2021-000648 – DHS-2021-000670 | DHS, *Procedures and Standards for Declining Surety Immigration Bonds and Administrative Appeal Requirement for Breaches*, 85 FR 45968 (July 31, 2020). |
| DHS-2021-000671 | DHS, *2020 USCIS Fee Rule*, 85 FR 46788 (Aug. 3, 2020). |
| DHS-2021-000672 – DHS-2021-000813 | DHS, *U.S. Citizenship and Immigration Services Fee Schedule and Changes to Certain Other Immigration Benefit Request Requirements*, 85 FR 46788 (Aug. 3, 2020). |
| DHS-2021-000814 – DHS-2021-00817 | Executive Order 14012, *Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans*, 86 FR 8277 (Feb 5, 2021). |
| | |

---

[1] Due to a printing error, the Federal Register version of the field guidance appears to be dated "March 26, 1999" even though the guidance was actually signed May 20, 1999, became effective May 21,1999, and was published in the Federal Register on May 26, 1999.

**RULEMAKING ADMINISTRATIVE RECORD**
**INADMISSIBILITY ON PUBLIC CHARGE GROUNDS;**
**IMPLEMENTATION OF VACATUR**
*RIN 1615-AA22*

|  | **3. Other DHS & INS Sources** |
|---|---|
| DHS-2021-000818 | DHS, "DHS Statement on Litigation Related to the Public Charge Ground of Inadmissibility" (March 9, 2021), https://www.dhs.gov/news/2021/03/09/dhs-statement-litigation-related-public-charge-ground-inadmissibility. |
| DHS-2021-000819 | DHS, "DHS Secretary Statement on the 2019 Public Charge Rule" (March 9, 2021), https://www.dhs.gov/news/2021/03/09/dhs-secretary-statement-2019-public-charge-rule. |
| DHS-2021-000820 | DHS, "2019 Public Charge Rule Vacated and Removed; DHS Withdraws Proposed Rule Regarding the Affidavit of Support" (March 11, 2021), https://www.dhs.gov/news/2021/03/11/2019-public-charge-rule-vacated-and-removed-dhs-withdraws-proposed-rule-regarding. |
|  |  |
|  | **4. Other U.S. Government Sources** |
| DHS-2021-000821 – DHS-2021-000834 | Order, *Cook County v. Wolf, et al.*, 19-06334 (N.D. Ill. Nov. 2, 2020). |
| DHS-2021-000835 | Order, *Cook County v. Wolf*, No. 20-3150 (7th Cir. Nov. 19, 2020). |
| DHS-2021-000836 – DHS-2021-000838 | Order, *Cook County v. Wolf*, No. 20-3150 (7th Cir. Mar. 9, 2021). |