IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS**, <br><br> *Plaintiff*, <br><br> v. <br><br> **ALEJANDRO MAYORKAS, et al.** <br><br> *Defendants.* | Case No. 6:23-cv-00001 <br><br> Hon. Drew B. Tipton |

**CERTIFICATION OF ADMINISTRATIVE RECORD FOR THE
2022 PUBLIC CHARGE RULE**

I, Andrew Parker, pursuant to 28 U.S.C. § 1746, declare as follows: I am employed by the U.S. Citizenship and Immigration Services (USCIS) as a Branch Chief in the Residence and Naturalization Division, of the Office of Policy and Strategy. I managed the development of the Public Charge Ground of Inadmissibility, Final Rule, 87 Fed. Reg. 55472 (Sept. 9, 2022). The statements in this certification are based upon my personal knowledge or on information provided to me in the course of my official duties.

The materials listed in the accompanying index constitute, to the best of my knowledge, a true and complete copy of the administrative record for the U.S. Department of Homeland Security's Public Charge Ground of Inadmissibility, Final Rule, 87 Fed. Reg.

55472 (Sept. 9, 2022).

Executed this 19th day of May 2023 in Fallston, Maryland.



_____
Andrew Parker
Branch Chief
Residence and Naturalization Division
Office of Policy and Strategy
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-**AC74**, CIS NO. **2715-22**, DHS DOCKET NO. USCIS-**2021-0013***

| DOC # | DESCRIPTION |
|---|---|
| | |
| | **1. MAIN RULEMAKING DOCUMENTS** |
| | |
| | **Advance Notice of Proposed Rulemaking** |
| | |
| 1 | DHS[1], Public Charge Ground of Inadmissibility 86 FR 47025 (Aug. 23, 2021) |
| 2 | Listening Session I Transcript (ANPRM) (Oct. 5, 2021) |
| 3 | Listening Session II Transcript (ANPRM) (Sept. 14, 2021) |
| | |
| | **Proposed Rule** |
| | |
| 4 | DHS, "Public Charge Ground of Inadmissibility," 87 FR 10570 (Feb. 24, 2022) |
| 5 | Letter from HHS Secretary on Public Charge (Feb. 16, 2022) |
| 6 | Letter from USDA Deputy Under Secretary on Public Charge (Feb. 15, 2022) https://www.regulations.gov/document/USCIS-2021-0013-0199 |
| 7 | Proposed Rule: Public Charge Ground of Inadmissibility, Economic Analysis Supplemental Information for Analysis of Federal Public Benefits Programs Examined in the Alternative Policy Option |
| | DHS, Proposed Rule, Form Revisions (February 25, 2022) |
| 8 | • Form I-485, Application to Register Permanent Residence or Adjust Status, Supporting Statement (I-485-028 REV PC NPRM Supporting Statement 202111208) |
| 9 | • Form I-485, Application to Register Permanent Residence or Adjust Status (I485-028-FRM-REV-OMBReview-PublicChargeNPRM-02172022) |
| 10 | • Form I-485 Form Table of Changes (I485-028-FRM-TOC-OMBReview-PublicChargeNPRM-02172022.docx) |
| 11 | • Form I-485 Instructions (I485-028-INS-REV-OMBReview-PublicChargeNPRM-02172022) |
| 12 | • Form I-485 Instructions Table of Changes (I485-028-INS-TOC-OMBReview-PublicChargeNPRM-02172022.docx) |
| 13 | • Form I-485 Supplement A to Form I-485 Adjustment of Status Under Section 245(i) (I485-028-SupA-FRM-REV-OMBReview-PublicChargeNPRM-02172022) |
| 14 | • Form I-485 Supplement J Confirmation of Bona Fide Job Offer or Request for Job Portability Under INA Section 204(j) (I485-028-SupJ-FRM-REV-OMBReview-PublicChargeNPRM-02172022) |
| 15 | • Form I-485LRIF Special Instructions for Liberian Refugee Immigration Fairness Applicants (I485LRIF-028-SpecialINS-REV-OMBReview-PublicChargeNPRM-02172022) |
| 16 | • Form I-485 Supplement A Instructions (I485-SupA-028-INS-REV-OMBReview-PublicChargeNPRM-02172022) |
| 17 | • Form I-485 Supplement J Instructions (I485-SupJ-028-INS-REV-OMBReview-PublicChargeNPRM-02172022) |
| | |
| | **Final Rule** |
| | |
| 18 | DHS, Public Charge Ground of Inadmissibility (Final Rule) 87 FR 55472 (Sept. 9, 2022) |
| | |
| | |

---

[1] U.S. Dep't of Homeland Security

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
|  | DHS, Final Rule, Form Revisions (Sept. 9, 2022) |
| 19 | • Form I-485, Application to Register Permanent Residence or Adjust Status, Supporting Statement (I-485-031 REV PC FR Supporting Statement 09092022.docx) |
| 20 | • Form I-485, Application to Register Permanent Residence or Adjust Status (I485-031-FRM-PublicChargeFinalRule-OMBReview-09082022.pdf) |
| 21 | • Form I-485, Application to Register Permanent Residence or Adjust Status Form I-485 Form Table of Changes (I485-031-FRM-TOC-PublicChargeFinalRule-OMBReview-09082022.docx) |
| 22 | • Form I-485 Instructions (I485-031-INS-PublicChargeFinalRule-OMBReview-08242022.pdf) |
| 23 | • Form I-485 Instructions Table of Changes (I485-031-INS-TOC-PublicChargeFinalRule-OMBReview-08042022.docx) |
| 24 | • Form I-485 Supplement A to Form I-485 Adjustment of Status Under Section 245(i) (I485SuppA-031-FRM-PublicChargeFinalRule-OMBReview-08242022.pdf) |
| 25 | • Form I-485 Supplement A Instructions (I485SuppA-031-INS-PublicChargeFinalRule-OMBReview-08242022.pdf) |
| 26 | • Form I-485 Supplement J Confirmation of Bona Fide Job Offer or Request for Job Portability Under INA Section 204(j) (I485SuppJ-031-FRM-PublicChargeFinalRule-OMBReview-08242022.pdf) |
| 27 | • Form I-485 Supplement J Instructions (I485SuppJ-031-INS-PublicChargeFinalRule-OMBReview-08242022.pdf) |
| 28 | • Form I-485 Supplement J Instructions Table of Changes (I485SuppJ-031-INS-TOC-PublicChargeFinalRule-OMBReview-08042022.docx) |
|  |  |
|  | **2. OTHER FEDERAL REGISTER DOCUMENTS** (IN ALPHABETICAL ORDER) |
|  |  |
| 29 | Adjustment of Status for Certain Aliens, 54 FR 29442 (Jul. 12, 1989) |
| 30 | Affidavit of Support on Behalf of Immigrants, 85 FR 62432 (Oct. 2, 2020) |
| 31 | Affidavit of Support on Behalf of Immigrants, 86 FR 15140 (Mar. 22, 2021) |
| 32 | Federal Financial Participation in State Assistance Expenditures; Federal Matching Shares for Medicaid, the Children's Health Insurance Program, and Aid to Needy Aged, Blind, or Disabled Persons for October 1, 2016, through September 30, 2017, 80 FR 73779 (Nov. 25, 2015). |
| 33 | Determination of Public Health Emergency, 85 FR 7316 (Feb. 7, 2020) |
| 34 | E.O. 13985, Advancing Racial Equity and Support for Underserved Communities Through the Federal Government," 86 FR 7009 (Jan. 25, 2021). |
| 35 | E.O. 14012, Restoring Faith in Our Legal Immigration System and Strengthening Integration and Inclusion Efforts for New Americans, 86 FR 8277 (Feb. 5, 2021). |
| 36 | Employment Authorization for Certain H-4 Dependent Spouses, Final Rule, 80 FR 10284 (Feb. 25, 2015) |
| 37 | Exercise of Time-Limited Authority To Increase the Fiscal Year 2021 Numerical Limitation for the H-2B Temporary Nonagricultural Worker Program and Portability Flexibility for H-2B Workers Seeking To Change Employers, 86 FR 28198 (May 25, 2021) |
| 38 | Exercise of Time-Limited Authority To Increase the Fiscal Year 2022 Numerical Limitation for the H-2B Temporary Nonagricultural Worker Program and Portability Flexibility for H-2B Workers Seeking To Change Employers, 87 FR 4722 (Jan. 28, 2022) |
| 40 | Field Guidance on Deportability and Inadmissibility on Public Charge Grounds, 64 FR 28689 (May 26, 1999). |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| 41 | Final Specification of Community Programs Necessary for Protection of Life or Safety Under Welfare Reform Legislation, 66 FR 3613 (Jan. 16, 2001) |
| 42 | Immigration Benefits Business Transformation, Increment I, 76 FR 53764, 53793, 53774 (Aug. 29, 2011) |
| 43 | Inadmissibility and Deportability on Public Charge Grounds, 84 FR 41292 (Aug. 14, 2019) |
| 44 | Inadmissibility and Deportability on Public Charge Grounds," 64 FR 28676 (May 26, 1999). |
| 45 | Inadmissibility and Deportability on Public Charge Grounds; Correction, 84 FR 52357 (Oct. 2, 2019) |
| 46 | Inadmissibility on Public Charge Grounds, 83 FR 51114 (Oct. 10, 2018) |
| 47 | Inadmissibility on Public Charge Grounds, 84 FR 41292 (Aug. 14, 2019) |
| 48 | Inadmissibility on Public Charge Grounds; Implementation of Vacatur, 86 FR 14221 (Mar. 15, 2021) |
| 49 | Interim Guidance on Verification of Citizenship, Qualified Alien Status and Eligibility Under Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 62 FR 61344 (Nov. 17, 1997). |
| 50 | Miscellaneous Amendments to Chapter, 29 FR 10579 (July 30, 1964). |
| 51 | Miscellaneous Amendments to Chapter, 31 FR 11713 (Sept. 7, 1966). |
| 52 | Oral Argument and Appeals, 31 FR 3062 (Feb. 24, 1966) |
| 53 | Proclamation 9994 of Mar. 13, 2020, Declaring a National Emergency Concerning the Coronavirus Disease (COVID-19) Outbreak, 85 FR 15337 (Mar. 18, 2020). |
| 54 | Provisional and Unlawful Presence Waivers of Inadmissibility for Certain Immediate Relatives; Final Rule, 78 FR 536, 572 (Jan. 3, 2013). |
| 55 | Specification of Community Programs Necessary for Protection of Life or Safety Under Welfare Reform Legislation, 61 FR 45985 (Aug. 30, 1996). |
| 56 | Temporary Changes to Requirements Affecting H–2A Nonimmigrants Due to the COVID–19 National Emergency, 85 FR 21739 (Apr. 20, 2020). |
| 57 | Temporary Changes to Requirements Affecting H-2A Nonimmigrants due to the COVID-19 National Emergency: Extension of Certain Flexibilities, 85 FR 82291 (Dec. 18, 2020). |
| 58 | Temporary Changes to Requirements Affecting H–2A Nonimmigrants Due To the COVID–19 National Emergency: Partial Extension of Certain Flexibilities, 85 FR 51304 (Aug. 20, 2020). |
| 59 | Temporary Changes to Requirements Affecting H–2B Nonimmigrants Due to the COVID–19 National Emergency, 85 FR 28843 (May 14, 2020). |
| 60 | Visas: Ineligibility Based on Public Charge Grounds, 84 FR 54996 (Oct. 11, 2019). |
| 61 | Visas: Ineligibility Based on Public Charge Grounds (interim final rule, reopening of public comment period) 86 FR 64070 (Nov. 17, 2021). |
|  |  |
|  | **3. OTHER DHS & INS SOURCES (IN ALPHABETICAL ORDER)** |
|  |  |
| 62 | DHS, Environmental Planning and Historic Preservation Decision Support System, Public Charge Ground of Inadmissibility, DSS ID: DSS-USCIS-2022-15274 (Approved Aug. 23, 2022) |
| 63 | DHS, Jen Easterly, Director, CISA, "Advisory Memorandum on Ensuring Essential Critical Infrastructure Workers' Ability to Work During the COVID-19 Response" (Aug. 10, 2021). Also cited as, Cybersecurity and Infrastructure Security Agency, Guidance on the Essential Critical Infrastructure Workforce: Ensuring Community and National Resilience in COVID-19 Response (Aug. 10, 2021), https://www.cisa.gov/publication/guidance-essential-critical-infrastructure-workforce (accessed Jan. 27, 2022) |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| 64 | DHS, "Operation Allies Welcome" (2021) https://www.dhs.gov/sites/default/files/publications/21_1110-opa-dhs- resettlement-of-at-risk-afghans.pdf |
| 65 | DHS, Regulatory Impact Analysis: Inadmissibility on Public Charge Grounds Final Rule, RIN 1615-AA22, at 6 (Aug. 2019), https://www.regulations.gov/document/USCIS-2010-0012-63741 |
| 66 | DHS Office of Immigration Statistics and DHS Countering Weapons of Mass Destruction Office, "COVID-19 Vulnerability by Immigration Status," (May 2021), *https://www.dhs.gov/sites/default/files/publications/immigration-statistics/research_reports/research_paper_covid-19_vulnerability_by_immigration_status_may_2021.pdf* |
| 67 | Katherine Lotspeich, Chief, Office of Performance and Quality, USCIS, Declaration (June 15, 2021), Cook County County v. Mayorkas, 19-cv-6334. |
| 68 | Michael Valverde, Acting Associate Director, Field Operations Directorate, USCIS, Declaration (June 15, 2021), Cook County v. Mayorkas, 19-cv-6334. |
| 69 | USCIS, "2020 USCIS Statistical Annual Report," FY 2016-2020, 2020-USCIS-Statistical-Annual-Report.pdf |
| 70 | USCIS, "Adjudicator's Field Manual (AFM)," Chapter 30.3(c)(2)(C), https://www.uscis.gov/sites/default/files/document/policy-manual-afm/afm30-external.pdf |
| 71 | USCIS, "Adjudicator's Field Manual (AFM)," Ch. 61.1(b), https://www.uscis.gov/sites/default/files/document/policy-manual-afm/afm61-external.pdf |
| 72 | USCIS, "Instructions for Affidavit of Support Under Section 213A of the INA (Form I-864)," OMB No. 1615-0075 (expires Dec. 31, 2023), *https://www.uscis.gov/sites/default/files/document/forms/i-864instr.pdf* |
| 73 | USCIS, "Instructions for Affidavit of Support Under Section 213A of the INA (Form I-864EZ)," OMB No. 1615-0075 (expires Dec. 31, 2023), *https://www.uscis.gov/sites/default/files/document/forms/i-864ezinstr.pdf* |
| 74 | USCIS, "Instructions for Application for Waiver of Grounds of Inadmissibility (Form I-601)," OMB No. 1615-0029 (expires July. 31, 2023), *https://www.uscis.gov/sites/default/files/document/forms/i-601instr.pdf* |
| 75 | USCIS, "Instructions for Application to Register Permanent Residence or Adjust Status (Form I-485)," OMB No. 1615-0023 (expires Mar. 31, 2023), *https://www.uscis.gov/sites/default/files/document/forms/i-485instr.pdf* |
| 76 | USCIS, "Instructions for Contract Between Sponsor and Household Member (Form I-864A)," OMB No. 1615-0075 (expires Dec. 31, 2023), *https://www.uscis.gov/sites/default/files/document/forms/i-864ainstr.pdf* |
| 77 | USCIS, "Instructions for Fee Waiver Request (Form I-912)," OMB No. 1615-0116 (Expires Sept. 30, 2024), https://www.uscis.gov/sites/default/files/document/forms/i-912instr.pdf |
| 78 | USCIS, "Instructions for Report of Medical Examination and Vaccination Record (Form I-693)," OMB No. 1615-0033 (Expires Mar. 31, 2023), https://www.uscis.gov/sites/default/files/document/forms/i-693instr.pdf |
| 79 | USCIS, "Instructions for Request for Exemption for Intending Immigrant's Affidavit of Support (Form I-864W)," OMB No. 1615-0075 (expires Dec. 31, 2023), *https://www.uscis.gov/sites/default/files/document/forms/i-864winstr.pdf* |
| 80 | USCIS Policy Manual, Vol. 1, Part E, Ch. 6, Section F, "Requests for Evidence and Notices of Intent to Deny," https://www.uscis.gov/policy-manual/volume-1-part-e-chapter-6 |
| 81 | USCIS Policy Manual, Vol. 1, Part E, Ch. 9, "Rendering a Decision," Chapter 9 - Rendering a Decision | USCIS |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| 82 | USCIS Policy Manual Vol.12, Part I, Ch.3, "Military Service During Hostilities (INA 329)," *https://www.uscis.gov/policy-manual/volume-12-part-i-chapter-3* |
| 83 | USCIS Policy Manual, Vol. 7, Part A, Ch. 11, "Decision Procedures," *https://www.uscis.gov/policy-manual/volume-7-part-a-chapter-11* |
| 84 | USCIS Policy Manual, Vol. 8, Part C, Ch. 1, "Purpose and Background," *https://www.uscis.gov/policy-manual/volume-8-part-c-chapter-1* |
| 85 | USCIS Policy Manual, Vol. 8, Part G, Ch. 10, "Public Charge Ground of Inadmissibility," "Public Benefits," *https://www.uscis.gov/policy-manual/volume-8-part-g-chapter-10*. To find historical guidance, click on the "Appendices" tab. |
| 86 | USCIS Policy Manual, Vol. 9, "Waivers and Other Forms of Relief," *https://www.uscis.gov/policy-manual/volume-9* |
| 87 | USCIS, "Public Charge," Archive, Alert |
| 88 | USCIS, "Public Charge," Archive, Alert, *https://www.uscis.gov/archive/public-charge* |
| 89 | USCIS, "Students and Employment," *https://www.uscis.gov/working-in-the-united-states/students-and-exchange-visitors/students-and-employment* |
| 90 | USCIS, "USCIS Announces New Actions to Reduce Backlogs, Expand Premium Processing, and Provide Relief to Work Permit Holders," (Mar. 29, 2022), *https://www.uscis.gov/newsroom/news-releases/uscis-announces-new-actions-to-reduce-backlogs-expand-premium-processing-and-provide-relief-to-work* |
| | |
| | **4. OTHER U.S. GOVERNMENT SOURCES (IN ALPHABETICAL ORDER)** |
| 91 | 13 Cong. Rec. 5109 (1882). |
| 92 | 70 Cong. Rec. 3620 (1929). |
| 93 | Administration for Children and Families, "Temporary Assistance for Needy Families (TANF) Caseload Data – Fiscal Year (FY) 2021," (Dec. 20, 2021), *https://www.acf.hhs.gov/sites/default/files/documents/ofa/fy2021_tanf_caseload.pdf* |
| 94 | Administration for Community Living, "How Much Care Will You Need?," *https://acl.gov/ltc/basic-needs/how-much-care-will-you-need* (last modified Feb. 18, 2020) (estimating that almost 70 percent of people turning 65 will require long-term services and supports, with 37 percent requiring care outside of their own homes). |
| 95 | Amanda Holup et. al., "Community Discharge of Nursing Home Residents: The Role of Facility Characteristics," 51 Health Service Research 2 (Apr. 2016), *https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4799895/*. |
| 96 | BLS, Economic News Release, "Employer Cost for Employee Compensation," Table 1. Employer costs per hour worked for employee compensation and costs as a percent of total compensation: Civilian workers, by major occupational and industry group (Sept. 16, 2021), *https://www.bls.gov/news.release/archives/ecec_09162021.pdf* |
| 97 | BLS, Historical Consumer Price Index for All Urban Consumers (CPI-U): U.S. City Average, All Items, (Dec 2021) *https://www.bls.gov/cpi/tables/supplemental-files/historical-cpi-u-202112.pdf* |
| 98 | BLS, Job Openings and Labor Turnover Survey released on December 8, 2021, (Dec. 25, 2021) Job Openings and Labor Turnover Survey News Release - 2021 M10 Results (bls.gov) |
| 99 | BLS, Program participation and spending patterns of families receiving government means-tested assistance (Jan. 2018). |
| 100 | CDC, CDC Recommends Moderna Booster at 5 Months (Jan. 7, 2022), *https://www.cdc.gov/media/releases/2022/s0107-moderna-booster.html* |
| 101 | CDC, "CDC Recommends Pfizer Booster at 5 Months, Additional Primary Dose for Certain Immunocompromised Children" (Jan. 4, 2022), *https://www.cdc.gov/media/releases/2022/s0104-Pfizer-Booster.html* |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| 102 | CDC, Civil Surgeons, "Medical History and Physical Examination," https://www.cdc.gov/immigrantrefugeehealth/civil-surgeons/medical-history-and-physical-exam.html |
| 103 | CDC, "COVID–19 7-Day Case Rate per 100,000 Population in United States, by Percentage of County Population in Poverty," https:// covid.cdc.gov/covid-data-tracker/#pop-factors_7daynewcases |
| 104 | CDC, "COVID-19 Cumulative Case Per 100,000 Population in United States, by Percentage of County Population Uninsured" |
| 105 | CDC, "COVID-19 Cumulative Death Rate per 100,000 Population in United States, by Percentage of County Population in Poverty" |
| 106 | CDC, "COVID-19 Vaccinations in the United States" (Jan. 15, 2022), https://covid.cdc.gov/covid-data- tracker/#vaccinations_vacc-total-admin-rate-total |
| 107 | CDC, Daily Trends in Number of COVID-19 Deaths in The United States Reported to CDC, available at https://covid.cdc.gov/covid-data-tracker/#trends_dailydeaths |
| 108 | CDC, Deaths by Race/Ethnicity – All Age Groups, available at https://covid.cdc.gov/covid-data- tracker/#demographics (accessed Feb. 1, 2022) also cited as CDC, "Demographic Trends of COVID–19 cases and deaths in the U.S. reported to CDC," available at https://covid.cdc.gov/covid-datatracker/#demographics |
| 109 | CDC, "How COVID-19 Spreads" (updated July 14, 2021), https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/how-covid-spreads.html |
| 110 | CDC, Panel Physicians, "Medical History and Physical Examination," https://www.cdc.gov/immigrantrefugeehealth/panel-physicians/medical-history-physical-exam.html |
| 111 | CDC, "People with Certain Medical Conditions" (updated Dec. 14, 2021), https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html |
| 112 | CDC, Percent of People Receiving COVID-19 Vaccine by Race/Ethnicity and Date Administered, United States, available at https://covid.cdc.gov/covid-data-tracker/#vaccination-demographics-trends |
| 113 | CDC, Prevalent Hospitalizations of Patients with Confirmed COVID-19, United States, available at https://covid.cdc.gov/covid-data-tracker/#hospitalizations |
| 114 | CDC, "Technical Instructions for Civil Surgeons," https://www.cdc.gov/immigrantrefugeehealth/civil-surgeons.html |
| 115 | CDC, Trends in COVID-19 Cases and Deaths in the United States, by County-level Population Factors, available at https://covid.cdc.gov/covid-data-tracker/#pop-factors_totalcases (sorted by United States/Percent of Population in Poverty/Cases/Cumulative) |
| 116 | CDC, United States COVID-19 Cases, Deaths, and Laboratory Testing (NAATs) by State, Territory, and Jurisdiction, https://covid.cdc.gov/covid-data-tracker/#cases_casesper100klast7days |
| 117 | Centers for Medicare & Medicaid Services (CMS), "Coverage and Reimbursement of COVID-19 Vaccines, Vaccine Administration, and Cost-Sharing under Medicaid, the Children's Health Insurance Program, and Basic Health Program" (updated May 2021), https://www.medicaid.gov/state-resource-center/downloads/covid-19-vaccine-toolkit.pdf |
| 118 | Centers for Medicare & Medicaid Services , Medicaid.gov, "Institutional Long Term Care," https://www.medicaid.gov/medicaid/ltss/institutional/index.html |
| 119 | Centers for Medicare & Medicaid Services , "Long-Term Services and Supports Rebalancing Toolkit" (Nov. 2020), https://www.medicaid.gov/medicaid/long-term-services-supports/downloads/ltss-rebalancing-toolkit.pdf |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| 120 | Centers for Medicare & Medicaid Services, State Health Official letter #12–006, "Mandatory Medicaid and CHIP Coverage of COVID–19-Related Treatment under the American Rescue Plan Act of 2021" (issued Oct. 22, 2021), https://www.medicaid.gov/federal-policy-guidance/downloads/sho102221.pdf |
| 121 | Centers for Medicare & Medicaid Services, State Health Official letter #21–003, "Medicaid and CHIP Coverage and Reimbursement of COVID–19 Testing under the American Rescue Plan Act of 2021 and Medicaid Coverage of Habilitation Services" (issued Aug. 30, 2021) https://www.medicaid.gov/federal-policy-guidance/downloads/sho-21-003.pdf |
| 122 | Cong. Res. Serv., "Cash and NonCash Benefits for Persons with Limited Income: Eligibility Rules, Recipient and Expenditure Data, FY2002-FY2004" (Mar. 27, 2006) |
| 123 | Cong. Res. Serv., "General State and Local Fiscal Assistance and COVID-19: Eligible Purposes, Allocations, and Use Data," https://crsreports.congress.gov/product/pdf/R/R46990 (Dec. 16, 2021). |
| 124 | Congressional Research Service, "The Temporary Assistance for Needy Families (TANF) Block Grant: Responses to Frequently Asked Questions," https://sgp.fas.org/crs/misc/RL32760.pdf (Updated Dec. 14, 2021) |
| 125 | Defense Manpower Data Center, "Active Duty Military Strength Summary," (June 30, 2022), available at https://dwp.dmdc.osd.mil/dwp/app/dod-data-reports/workforce-reports |
| 126 | Dep't of Commerce and Labor, Bureau of the Census, Bulletin 120, "Paupers in Almshouses 1910," 46. (1914), https://www2.census.gov/prod2/decennial/documents/03322287no111-121ch7.pdf |
| 127 | Dep't of the Treasury, "Agency Financial Report: Fiscal Year 2021" (2021) https://home.treasury.gov/system/files/266/Treasury-FY-2021-AFR.pdf |
| 128 | Economic News Release, Employer Cost for Employee Compensation (September 2021), U.S. Dept. of Labor, BLS, Table 1. Employer costs per hour worked for employee compensation and costs as a percent of total compensation: Civilian workers, by major occupational and industry group. available at https://www.bls.gov/news.release/pdf/ecec.pdf (Dec. 16, 2021) |
| 129 | Executive Order 12250 |
| 130 | Executive Order 12866 |
| 131 | Executive Order 13563 |
| 132 | Food and Nutrition Service, National and/or State Level Monthly and/or Annual Data, FY16 through FY20 National View Summary (Latest Available Month: September 2020), available at https://www.fns.usda.gov/pd/supplemental-nutrition-assistance-program-snap (accessed Feb. 11, 2021). Also cited as "National and/or State Level Monthly and/or Annual Data: Persons, Households, Benefits, and Average Monthly Benefit per Person & Household," "FY1969 through FY2022 National View Summary." Available at https://www.fns.usda.gov/pd/supplemental-nutrition-assistance-program-snap |
| 133 | Food and Nutrition Service, Pandemic EBT Program Participation and Benefits - FY 20, available at https://www.fns.usda.gov/pd/supplemental-nutrition-assistance-program-snap |
| 134 | Food and Nutrition Service, Pandemic EBT (P-EBT) Program (data as of Jan. 7, 2022), https://fns- prod.azureedge.net/sites/default/files/resource-files/40PEBTPart%24-1.pdf |
| 135 | Food and Nutrition Service, Supplemental Nutrition Assistance Program (Data as of Jan. 7, 2022), Monthly Data FY 2019 through FY 2022, https://fns-prod.azureedge.net/sites/default/files/resource-files/34SNAPmonthly- 1.pdf |
| 136 | HHS, Admin. for Children & Families, Office of Family Assistance, About TANF, available at https://www.acf.hhs.gov/ofa/programs/tanf/about |
| 137 | HHS, Assistant Secretary for Planning and Evaluation, "Caring for Immigrants: Health Care Safety Nets in Los Angeles, New York, Miami, and Houston" (Jan. 31, 2001), |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| | https://aspe.hhs.gov/reports/caring-immigrants-health-care-safety-nets-los-angeles-new-york-miami-houston#main-content |
| 138 | HHS, Assistant Secretary for Planning and Evaluation, Office of Health Policy, "Health Insurance Coverage and Access to Care for Immigrants: Key Challenges and Policy Options" (Dec. 17, 2021), https://aspe.hhs.gov/sites/default/files/documents/96cf770b168dfd45784cdcefd533d53e/immigrant-health-equity-brief.pdf |
| 139 | HHS Office of Family Assistance, "Characteristics and Financial Circumstances of TANF Recipients, FY 2010" (Aug. 8, 2012), https://www.acf.hhs.gov/ofa/data/characteristics-and-financial-circumstances-tanf-recipients-fiscal-year-2010 |
| 140 | "How Much Care Will You Need?," Administration for Community Living, (last modified Feb. 18, 2020) https://acl.gov/ltc/basic-needs/how-much-care-will-you-need |
| 140a | H.R. Rep. No. 101-723(I) (1990) |
| 141 | H.R. Rep. No. 104-469(I), at 143-45 (1996) |
| 142 | H.R. Rep. No. 104–651, at 1449 (1996) (in explaining the provision, emphasizing that the Affidavit of Support Under Section 213A of the INA would permit benefit-providing agencies to seek reimbursement) |
| 143 | H.R. Rep. No. 104-828, at 240-41 (1996) (Conf. Rep.) |
| 144 | Jenny Genser, "Who is leaving the Food Stamps Program: An analysis of Caseload Changes from 1994 to 1997," U.S. Dep't of Agriculture, Food and Nutrition Service, Office of Analysis, Nutrition, and Evaluation (Mar. 1999), https://www.fns.usda.gov/snap/who-leaving-food-stamp-program-analysis-caseload-changes-1994-1997 |
| 145 | Julie Robinson et. al., "Challenges to community transitions through Money Follows the Person," 55 Health Services Research 3 (Jan. 27, 2020), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7240761/ |
| 146 | Letty Carpenter, "Medicaid eligibility for persons in nursing homes," 10 Health Care Financing Review 2, 67-77 (Winter 1988), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4192916/pdf/hcfr-10-2-67.pdf; https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4192916/pdf/hcfr-10-2-67.pdf |
| 147 | Medicaid, Data on Medicaid Per Capita Expenditures available at https://www.medicaid.gov/state-overviews/scorecard/how-much-states-spend-per-medicaid-enrollee/index.html |
| 148 | Medicaid and CHIP Payment and Access Commission, "Nursing facilities: Long-Term Services and Supports," https://www.macpac.gov/subtopic/nursing-facilities/ |
| 149 | Medicaid.gov, https://www.medicaid.gov/medicaid/long-term-services-supports/employment-initiatives/employment-hcbs/index.html (describing Medicaid HCBS supports for employment) |
| 150 | Medicaid.gov, https://www.macpac.gov/wp-content/uploads/2018/07/The-Role-of-Medicaid-in-Supporting-Employment.pdf |
| 151 | Medicaid.gov, https://www.medicaid.gov/medicaid/home-community-based-services/index.html |
| 152 | Medicaid.gov, "July 2021 Medicaid & CHIP Enrollment Trends Snapshot," https://www.medicaid.gov/medicaid/national-medicaid-chip-program-information/downloads/july-2021-medicaid-chip-enrollment-trend-snapshot.pdf |
| 153 | Memorandum from Sasha Gersten-Paal, Director, Program Development Division, Food and Nutrition Service, to All State Agencies, re "SNAP – Fiscal year 2022 Cost-of-Living Adjustments" (Aug. 16, 2021), https://www.fns.usda.gov/snap/fy-2022-cost-living-adjustments |
| 154 | Military Comp. & Ret. Modernization Comm'n, Final Report 187 (Jan. 2015) |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| 155 | Office of Family Assistance, Help for Families, available at https://www.acf.hhs.gov/ofa/map/about/help- families |
| 156 | OMB. "Circular A-4" (September 17, 2003), https://www.whitehouse.gov/sites/whitehouse.gov/files/omb/circulars/A4/a-4.pdf |
| 157 | OMB, "Medical Examination for Immigrant or Refugee Applicant," "Report of Medical Examination by Panel Physician (Form DS 2054)" OMB Control No. 1405-0113, https://omb.report/omb/1405-0113 (last visited Aug. 16, 2022) (Files 1-2) |
| 158 | "Oversight of Immigrant Military Members and Veterans Before the Subcomm. On Immigration and Citizenship of the H. Comm. On the Judiciary," 117th Cong. (2022) (statement of Debra Rogers, Director of the Immigrant Military members and Veterans Initiative, DHS, and statement of Stephanie P. Miller, Director, Office of Enlisted Personnel Policy, DOD), available at https://judiciary.house.gov/calendar/eventsingle.aspx?EventID=4935 (Debra Rogers and Stephanie Miller – 2 documents) |
| 159 | Reginfo.gov, ICR Documents, I693-009EMG Supporting Statement, Question 13, (Sept. 7, 2021) https://www.reginfo.gov/public/do/PRAViewDocument?ref_nbr=202108-1615-004 |
| 160 | SIPP (Survey of Income and Program Participation), https://www.census.gov/programs-surveys/sipp/about.html |
| 161 | Social Security Administration, Supplemental Security Income for Noncitizens, https://www.ssa.gov/pubs/EN-05-11051.pdf |
| 162 | SSA, "Fast Facts & Figures About Social Security," (2021), https://www.ssa.gov/policy/docs/chartbooks/fast_facts/2021/fast_facts21.pdf |
| 163 | SSI Federal Payment Amounts for 2022, https://www.ssa.gov/oact/cola/SSI.html |
| 164 | SSI information available at https://www.ssa.gov/policy/docs/statcomps/supplement/2018/ssi.html |
| 165 | "SSI Monthly Statistics, January 2018." Available at https://www.ssa.gov/policy/docs/statcomps/ssi_monthly/2018/table01.html |
| 166 | USA.gov, Join the Military (last updated Jun. 14, 2022), available at https://www.usa.gov/join-military |
| 167 | Understanding Supplemental Security Income SSI Benefits -- 2021 Edition, https://www.ssa.gov/ssi/text-benefits-ussi.htm |
| 168 | U.S. Bureau of Labor Statistics, "Graphics for Economic News Releases: Civilian Unemployment Rate," available at https://www.bls.gov/charts/employment-situation/civilian-unemployment-rate.htm |
| 169 | U.S. Bureau of Labor Statistics, "Program Participation and Spending Patterns of Families Receiving Means-Tested Assistance," (Jan. 2018) |
| 170 | U.S. Census Bureau. *American Community Survey 2020 Subject Definitions*. Available at https://www2.census.gov/programs-surveys/acs/tech_docs/subject_definitions/2020_ACSSubjectDefinitions.pdf |
| 171 | U.S. Census Bureau, American Community Survey and Puerto Rico Community Survey 2020 Subject Definitions |
| 172 | U.S. Census Bureau, American Database. "S0501: Selected Characteristics of the Native and Foreign-born Populations 2012 – 2016 American Community Survey (ACS) 5-year Estimates. Available at https://data.census.gov/cedsci (Two documents for table 2016 and 2018) |
| 173 | U.S. Census Bureau, American Database, "S0501: Selected Characteristics of the Native and Foreign-born Populations 2014 – 2018 American Community Survey (ACS) 5-year Estimates," https://data.census.gov/cedsci |
| 174 | U.S. Census Bureau, Apportionment Population, Resident Population and Overview Population, 2020 Census 2010 Census (Apr. 26, 2021), https://www2.census.gov/programs-surveys/decnnial/2020/data/apportionment-2020-tableA.pdf |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| 175 | U.S. Census Bureau, "Group Quarters Population by Major Group Quarters Type," (Aug. 2021), https://data.census.gov/cedsci/table?q=group%20quarter&tid=DECENNIALPL2020.P5 |
| 176 | U.S. Census Bureau, "History Through The Decades: 1910 Fast Facts," https://www.census.gov/history/www/through_the_decades/fast_facts/1910_fast_facts.html |
| 177 | U.S. Census Bureau, Population in Group Quarters by Type, Sex and Age, for the United States: 2000 (Nov. 10, 2003) https://www2.census.gov/programs-surveys/decennial/2000/phc/phc-t-26/tab01.pdf |
| 178 | U.S. Census Bureau, "Resident Population of the 50 States, the District of Columbia, and Puerto Rico: Census 2000," (Dec. 2000) https://www2.census.gov/programs-surveys/decennial/2000/phc/phc-t-26/tab01.pdf |
| 179 | U.S. Census Bureau, Selected Characteristics of the Native and Foreign-Born Populations, 2016, S0501: Selected Characteristics of the Native and Foreign-born Populations 2012 – 2016 American Community Survey (ACS) 5-year Estimates. Available at https://data.census.gov/cedsci |
| 180 | U.S. Census Bureau, Selected Characteristics of the Native and Foreign-Born Populations, 2018, S0501: Selected Characteristics of the Native and Foreign-born Populations 2014 – 2018 American Community Survey (ACS) 5-year Estimates. Available at https://data.census.gov/cedsci |
| 181 | U.S. Census Bureau, "The Older Foreign-Born Population in the United States: 2012–2016; American Community Survey Reports," https://www.census.gov/content/dam/Census/library/publications/2019/acs/acs-42.pdf |
| 182 | U.S. Census Bureau, Week 1 Household Pulse Survey: April 23 - May 5, Food Table 2a. Food Sufficiency for Households, Prior to COVID-19 Pandemic, by Select Characteristics: United States, available at https://www.census.gov/data/tables/2020/demo/hhp/hhp1.html#setables |
| 183 | U.S. Census Bureau, Week 21 Household Pulse Survey: December 9 to December 21, Food Table 2b. Food Sufficiency for Households, In the Last Seven Days, by Select Characteristics: United States, available at https://www.census.gov/data/tables/2020/demo/hhp/hhp21.html#setables |
| 184 | U.S. Dep't of Agriculture, "Characteristics of Supplemental Nutrition Assistance Program Households: Fiscal Year 2019," https://fns-prod.azureedge.net/sites/default/files/resource-files/Characteristics2019.pdf (Mar 2021) |
| 185 | U.S. Dep't of Agriculture, "FNS Handbook 901," 41 (Jan 2020), https://fns-prod.azureedge.net/sites/default/files/apd/FNS_HB901_v2.2_Internet_Ready_Format.pdf) |
| 186 | U.S. Dep't of Agriculture, Food and Nutrition Service, Supplemental Nutrition Assistance Program. "National and/or State Level Monthly and/or Annual Data: Persons, Households, Benefits, and Average Monthly Benefit per Person & Household," "FY69 through FY22." Available at https://www.fns.usda.gov/pd/supplemental-nutrition-assistance-program-snap (7 files for FY2012 through FY2018) |
| 187 | U.S.Dep't of Agriculture, Supplemental Nutrition Assistance Program (SNAP) Fiscal Year 2022 Cost-of-Living Adjustments, to All State Agencies, Supplemental Nutrition Assistance Program (Aug. 16, 2021) |
| 188 | U.S. Dep't of Agriculture, "Supplemental Nutrition Assistance Program (SNAP) Fiscal Year (FY) 2022 Minimum Allotments," |
| 189 | U.S. Dep't of Health and Human Servs, Centers for Medicare & Medicaid Services (CMS). Monthly Medicaid & CHIP Application, Eligibility Determination, and Enrollment Reports & Data (Aug. 24, 2022) Available at https://www.medicaid.gov/medicaid/program-information/medicaid-and-chip-enrollment-data/monthly-reports/index.html |

**RULEMAKING ADMINISTRATIVE RECORD
PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| 190 | U.S. Dep't of Health and Human Servs, Federal Temporary Assistance for Needy Families (TANF) and State Medicaid Maintenance of Eligibility (MOE) Expenditure Summary by ACF-196 Spending Category, FY2014 |
| 191 | U.S. Dep't of Health and Human Servs, Federal Temporary Assistance for Needy Families (TANF) and State Medicaid Maintenance of Eligibility (MOE) Expenditure Summary by ACF-196 Spending Category, FY2015 |
| 192 | U.S. Dep't of Health and Human Servs, Federal Temporary Assistance for Needy Families (TANF) and State Medicaid Maintenance of Eligibility (MOE) Expenditure Summary by ACF-196 Spending Category, FY2016 |
| 193 | U.S. Dep't of Health and Human Servs, Federal Temporary Assistance for Needy Families (TANF) and State Medicaid Maintenance of Eligibility (MOE) Expenditure Summary by ACF-196 Spending Category, FY2017 |
| 194 | U.S. Dep't of Health and Human Servs, Office of Family Assistance. Federal TANF and State MOE Expenditures Summary by ACF-196 Spending Category, Federal Funds for Basic Assistance. Available at https://www.acf.hhs.gov/ofa/data/tanf-financial-data-fy-2018; https://www.acf.hhs.gov/ofa/data/tanf- financial-data-fy-2017; https://www.acf.hhs.gov/ofa/data/tanf-financial-data-fy-2016; https://www.acf.hhs.gov/ofa/data/tanf-financial-data-fy-2015; https://www.acf.hhs.gov/ofa/data/tanf- financial-data-fy-2014; (5 documents) |
| 195 | U.S. Dep't of Health and Human Servs, Office of Family Assistance. "TANF Caseload Data." Available at https://www.acf.hhs.gov/ofa/data/tanf-caseload-data-2018; https://www.acf.hhs.gov/ofa/data/tanf-caseload-data- 2017; https://www.acf.hhs.gov/ofa/data/tanf-caseload-data-2016; https://www.acf.hhs.gov/ofa/data/tanf-caseload-data-2015; https://www.acf.hhs.gov/ofa/data/tanf-caseload-data-2014. (5 documents for FY14 through FY18) |
| 196 | U.S. Dep't of Health & Human Servs., Office of the Assistant Sec'y for Planning & Evaluation, *Overview of Immigrants Eligible for SNAP, TANF, Medicaid and CHIP* (Mar. 27, 2012), available at http://aspe.hhs.gov/hsp/11/ImmigrantAccess/Eligibility/ib.shtml |
| 197 | U.S. Dep't of Health and Human Servs, TANF (Temporary Assistance for Needy Families) Case Load Data FY2021 (Jan 30, 2022) |
| 198 | U.S. Dep't of Justice, Civil Rights Division, Disability Rights Section, "Statement of the Dep't of Justice on Enforcement of the Integration Mandate of Title II of the Americans with Disabilities Act and *Olmstead v. L.C.*," Feb. 25, 2020, *https://www.ada.gov/olmstead/q&a_olmstead.htm* |
| 199 | U.S. Dep't of State, 9 FAM 40.41. |
| 200 | U.S. Dep't of State, Foreign Affairs Manual, "Public Charge," 9 FAM 302.8, https://fam.state.gov/fam/09fam/09fam030208.html |
| 201 | U.S. General Services Administration, "Privately Owned Vehicle (POV) Mileage Rates (Archived)," Previous automobile rates (January 1, 2022), *https://www.gsa.gov/travel/plan-book/transportation-airfare-pov-etc/privately-owned-vehicle-mileage-rates/pov-mileage-rates-archived* |
| 202 | U.S. Gov't Accountability Office, GAO–16–561, "Military Personnel: DOD Needs More Complete Data on Active-Duty Servicemembers' Use of Food Assistance Programs," (July 2016), available at *https://www.gao.gov/assets/680/678474.pdf* |
| 203 | U.S. Gov't Accountabiltiy Office, GAO-17-558, Federal Low-Income Programs: Eligibility and Benefits Differ for Selected Programs Due to Complex and Varied Rules at 23-24 (Jun. 2017) |

**RULEMAKING ADMINISTRATIVE RECORD
PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| 204 | U.S. Social Security Administration, Office of Research, Statistics, & Policy Analysis. Annual Report of the Supplemental Security Income Program, 20182021. Table IV.B9, p. 4847. Available at https://www.ssa.gov/OACT/ssir/SSI21/ssi2021.pdf; https://www.ssa.gov/oact/ssir/SSI18/ssi2018.pdf  (2 documents) |
| 205 | U.S. Social Security Administration, Office of Research, Statistics, & Policy Analysis. "SSI Recipients by State and County, 2018," available at *https://www.ssa.gov/policy/docs/statcomps/ssi_sc/2018/index.html* |
| 206 | U.S. Soc. Sec. Admin., Social Security Handbook, Ch. 21 ("SSA Handbook"), section 2102.1, available at https://www.ssa.gov/OP_Home/handbook/handbook.21/handbook-toc21.html |
| 207 | U.S. Soc. Sec. Admin., Social Security Programs in the United States—General Assistance, available at https://www.ssa.gov/policy/docs/progdesc/sspus/genasist.pdf |
|  |  |
|  | **5. ADDITIONAL SECONDARY SOURCES** (IN ALPHABETICAL ORDER) |
| 208 | ADA Participatory Action Research Consortium (ADA-PARC), Percentage of People with Disabilities Living in an Institution, 2012 to 16, available at https://www.centerondisability.org/ada_parc/utils/indicators.php?id=1 |
| 209 | Alma Guerrero, M.D., M.P.H, et al., Forgoing Healthcare in a Global Pandemic: The Chilling Effects of the Public Charge Rule on Health Access Among Children in California, UCLA Latino Policy & Politics Initiative (Apr. 07, 2021), https://latino.ucla.edu/research/public-charge-ca-children/ |
| 210 | Alyssa Fowers & Rachel Siegel, Five charts explaining why inflation is at a near 40-year high, Wash. Post, https://www.washingtonpost.com/business/2021/10/14/inflation-prices-supply-chain/ (Oct. 14, 2021, last updated Dec. 10, 2021) |
| 211 | Annika Kim Constantino, Omicron detected in Florida and Texas as it takes root in 25 U.S. states, CNBC, https://www.cnbc.com/2021/12/10/omicron-detected-in-florida-texas-and-other-states-as-it-takes-root-across-the- us-.html |
| 212 | Arloc Sherman et al, "Immigrants Contribute Greatly to U.S. Economy, Despite Administration's 'Public Charge' Rule Rationale," Center on Budget and Policy Priorities. (Aug. 15, 2019) *https://www.cbpp.org/research/poverty-and-inequality/immigrants-contribute-greatly-to-us-economy-despite-administrations* |
| 213 | Barofsky, Jeremy, Putting out the "unwelcome mat:" The Announced Public Charge Rule reduced safety net encorllment among except noncitizens (Aug. 16, 2022) |
| 214 | Benjamin Sommers, "Assessment of Perceptions of the Public Charge Rule Among Low-Income Adults in Texas," JAMA Network (July 15, 2020), https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2768245 |
| 215 | Bernstein, H., Dulce Gonzalez, Michael Karpman, and Stephen Zuckerman (2021), Adults in Low-Income Immigrant Families Were Deeply Affected by the COVID-19 Crisis yet Avoided Safety Net Programs in 2020, (The Urban Institute), available at https://www.urban.org/research/publication/adults-low-income-immigrant-families- were-deeply-affected-covid-19-crisis-yet-avoided-safety-net-programs-2020 |
| 216 | BSP Research, Public Charge was Reversed, But Not Enough Immigrant Families Know (Aug. 11, 2022) |
| 217 | CATO Institute, "Center for Immigration Studies Overstates Immigrant, Non-citizen, and Native Welfare Use," (Dec. 6, 2018), available at *https://www.cato.org/blog/center-immigration-studies-overstates-immigrant-non-citizen-native-welfare-use* |
| 218 | Center on Budget and Policy Priorities, National and State Housing Fact Sheets & Data. |

**RULEMAKING ADMINISTRATIVE RECORD
PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
|  | Federal Rental Assistance, "Download the Data" and Housing Choice Voucher Program, "Download the Data." Available at https://www.cbpp.org/research/housing/national-and-state-housing-fact-sheets-data |
| 220 | Center on Budget and Policy Priorities, "Policy Basics: Supplemental Security Income" (Feb. 8, 2021), https://www.cbpp.org/research/social-security/supplemental-security-income |
| 221 | CNN, Three key numbers that explain America's labor shortage (Dec. 25, 2021), https://www.cnn.com/2021/12/25/economy/labor-shortage-early-retirement-charts/index.html |
| 222 | Danilo Trisi, "Administration's Public Charge Rules Would Close the Door to U.S. to Immigrants Without Substantial Means, Center on Budget and Policy Priorities," (Nov. 11, 2019), at 4, https://www.cbpp.org/research/immigration/administrations-public-charge-rules-would-close-the-door-to-us-to-immigrant  (last visited Aug. 15, 2022), Also saved as Center on Budget and Policy Priorities, Administration's Public Charge Rules Would Close the Door to U.S. to Immigrants Without Substantial Means (Nov. 11, 2019), https://www.cbpp.org/research/immigration/administrations-public-charge-rules-would-close-the-door-to-us-to- immigrants (accessed Jan. 27, 2022). |
| 223 | Edwin Park, et al., "Jeopardizing a Sound Investment: Why Short-Term Cuts to Medicaid Coverage During Pregnancy and Childhood Could Result in Long-Term Harm," (Dec. 2020), available at https://www.commonwealthfund.org/sites/default/files/2020-12/Park_Medicaid_short_term_cuts_long-term-effects_ib_v2.pdf |
| 224 | Elise Gould et al., Economic Policy Institute, Not Everybody Can Work from Home: Black and Hispanic Workers are Much Less Likely to be Able to Telework (Mar. 19, 2020), available at https://www.epi.org/blog/black-and-hispanic-workers-are-much-less-likely-to-be-able-to-work-from-home/ |
| 225 | Ernie Tedschi, "Americans Are Seeing Highest Minimum Wage in History (Without Federal Help)," New York Times (Apr. 24, 2019), https://www.nytimes.com/2019/04/24/upshot/why-america-may-already-have-its-highest-minimum-wage.html (last visited Jan. 10, 2022). Also cited as "Americans Are Seeing Highest Minimum Wage in History (Without Federal Help)" Emie Tedschi, The New York Times, April 24, 2019. Accessed at https://www.nytimes.com/2019/04/24/upshot/why-america-may-already- have-its-highest-minimum-wage.html |
| 226 | Goodman-Bacon, Public Insurance and Mortality: Evidence from Medicaid Implementation (Nov. 2015) available at http://www-personal.umich.edu/~ajgb/medicaid_ajgb.pdf (last visited July 21, 2022). |
| 227 | Hamutal Bernstein et. al. (May 2020), "Amid Confusion over the Public Charge Rule, Immigrant Families Continued Avoiding Public Benefits in 2019" (Urban Institute), https://www.urban.org/sites/default/files/publication/102221/amid-confusion-over-the-public-charge-rule- immigrant-families-continued-avoiding-public-benefits-in-2019_3.pdf |
| 228 | Hamutal Bernstein et al., "One in Seven Adults in Immigrant Families Reported Avoiding Public Benefit Programs in 2018," Urban Institute (May 2019), https://www.urban.org/sites/default/files/publication/100270/one_in_seven_adults_in_immigrant_families_reported_avoiding_publi_8.pdf |
| 229 | Hamutal Bernstein et al., "Immigrant Families Continued Avoiding the Safety Net during the COVID-19 Crisis," Urban Institute (2021), https://www.urban.org/research/publication/immigrant-families-continued-avoiding-safety-net-during-covid-19-crisis (Bernstein et al. (2021)) |
| 230 | Hamutal Bernstein et al., "Immigrant Serving Organizations' Perspectives on the COVID-19 Crisis," Urban Institute (Aug. 2020), https://www.urban.org/research/publication/immigrant-serving-organizations-perspectives-covid-19-crisis |
| 231 | Health Affairs, Spillover Effects of the COVID-19 Pandemic Could Drive Long-Term Health Consequences for Non- COVID-19 Patients (Oct. 2020), https://www.healthaffairs.org/do/10.1377/hblog20201020.566558/full/ |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| 232 | Holly Straut-Eppsteiner, "Documenting Harm through Service Provider Accounts Harm Caused by the Dep't of Homeland Security's Public Charge Rule," (Feb. 2020), *https://www.nilc.org/wp-content/uploads/2020/02/dhs-public-charge-rule-harm-documented-2020-02.pdf* |
| 233 | Indiana University Public Policy Institute, Immigration Policy and COVID-19: Implications of the Public Charge Rule (June 2020), available at https://policyinstitute.iu.edu/doc/covid-19-public-charge-immigration- brief.pdf |
| 234 | International Labor Organization, Food and Agricultural Organization of the United Nations, International Fund for Agricultural Development, and World Health Organization Joint Statement, "Impact of COVID-19 on people's livelihoods, their health and our food systems" (2020), https://www.who.int/news/item/13- 10-2020-impact-of-covid-19-on-people's-livelihoods-their-health-and-our-food-systems |
| 235 | Jennifer Haley et al., "One in Five Adults in Immigrant Families with Children Reported Chilling Effects on Public Benefit Receipt in 2019," Urban Institute (June 2020), *https://www.urban.org/sites/default/files/publication/102406/one-in-five-adults-in-immigrant-families-with-children-reported-chilling-effects-on-public-benefit-receipt-in-2019.pdf* |
| 236 | Jennifer Tolbert et al., Kaiser Family Foundation, Issue Brief: Impact of Shifting Immigration Policy on Medicaid Enrollment and Utilization of Care among Health Center Patients at 2 (Oct. 15, 2019), available at https://www.kff.org/medicaid/issue-brief/impact-of-shifting-immigration-policy-on-medicaid-enrollment-and- utilization-of-care-among-health-center-patients/ |
| 237 | Jeremy Barofsky et al., "Putting Out the 'Unwelcome Mat:' The Announced Public Charge Rule Reduced Safety Net Enrollment among Exempt Noncitizens," J. of Behav. Pub. Admin. (Oct. 2021), *https://doi.org/10.30636/jbpa.42.200* (last visited Aug, 16, 2022) Also included: Supplementary Appendix |
| 238 | Jeremy Barfosky et al., "Spreading Fear: The Announcement of The Public Charge Rule Reduced Enrollment in Child Safety-Net Programs," (Oct. 2020); Health Affairs Vol. 39, No.10: Children's Health https://www.healthaffairs.org/doi/10.1377/hlthaff.2020.00763 |
| 239 | John Stanton, "The Immigration Laws from a Disability Perspective: Where We Were, Where We Are, Where We Should Be," 10 Geo. Immigr. L. J. 441 (Spring 1996) |
| 240 | Julie Robinson et al, Changes to Commjnity Transitions Through Money Follows The Person, Health Services Research (Jan. 27, 2020) |
| 241 | Kaiser Family Foundation, "Health Coverage of Immigrants" (Apr. 6, 2022), https://www.kff.org/racial-equity-and-health-policy/fact-sheet/health-coverage-of-immigrants/ |
| 242 | Kaiser Family Foundation, Health Coverage of Immigrants (Jul 15, 2021), available at https://www.kff.org/racial-equity-and-health-policy/fact-sheet/health-coverage-of-immigrants/ |
| 243 | Kaiser Family Foundation, Latest Data on COVID-19 Vaccinations by Race/Ethnicity (Feb. 2, 2021), https://www.kff.org/coronavirus-covid-19/issue-brief/latest-data-on-covid-19-vaccinations-by-race-ethnicity/# [ Documents 1 through 3] |
| 244 | Kaiser Family Foundation, Latest Data on COVID-19 Vaccinations by Race/Ethnicity (Jan. 12, 2022), https://www.kff.org/coronavirus-covid-19/issue-brief/latest-data-on-covid-19-vaccinations-by-race-ethnicity/# |
| 245 | Kaiser Family Foundation, Medicaid Beneficiaries Who Need Home and Community-Based Services (Mar. 2014), available at https://www.kff.org/wp-content/uploads/2014/03/8568-medicaid-beneficiaries-who-need-home- and-community-based-servcies.pdf |
| 246 | Kaiser Family Foundation, Medicaid Home and Community-Based Services Enrollment and Spending (Feb. 4, 2020), available at https://www.kff.org/medicaid/issue-brief/medicaid-home-and-community-based-services- enrollment-and-spending/ |
| 247 | Kaiser Family Foundation, Work Among Medicaid Adults: Implications of Economic Downturn and Work Requirements (Feb. 11, 2021), available at https://www.kff.org/report- |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
|  | section/work-among-medicaid-adults- implications-of-economic-downturn-and-work-requirements-appendix-2/ |
| 248 | Kaufman Hall, Financial Effects of COVID-19: Hospital Outlook for the Remainder of 2021 at 7 (Sept. 2021), https://www.aha.org/guidesreports/2021-09-21-financial-effects-covid-19-hospital-outlook-remainder-2021 |
| 249 | Leighton Ku, "New Evidence Demonstrates That the Public Charge Rule Will Harm Immigrant Families and Others," Health Affairs (Oct. 9, 2019), *https://www.healthaffairs.org/do/10.1377/hblog20191008.70483/full* |
| 251 | Leighton Ku and Erin Brantley, "Immigrants' Progress: Changes in Public Charge Policies Can Promote The Economic Mobility of Immigrants and Their Contribution to the U.S. Economy," Social Science Research Network (Apr. 18, 2022), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4086782 (last visited Aug. 15, 2022) |
| 252 | Leslie Berestein Rojas, Thousands Of LA Immigrant Families Are No Longer Enrolled In Public Benefits. A Pending Trump Rule Could Be Why, LAist (Aug. 02, 2019), https://laist.com/news/thousands-of-la-immigrant-families-are-no-longer-enrolled-in-public-benefits-a-pending-trump-rule-co |
| 253 | Liz Hamel et al., "KFF COVID-19 Vaccine Monitor: COVID-19 Vaccine Access, Information, and Experiences Among Hispanic Adults in the U.S.," KAISER FAM. FOUND, (May 2021). *https://www.kff.org/coronavirus-covid-19/poll-finding/kff-covid-19-vaccine-monitor-access-informationexperiences-hispanic-adults/* |
| 254 | Magnus Lofstrom and Frank Bean, "Assessing immigrant policy options: Labor market conditions and post-reform declines in immigrants' receipt of welfare," *Demography* 39(4), 617–63 (Nov. 2002), https://read.dukeupress.edu/demography/article-pdf/39/4/617/884758/617lofstrom.pdf |
| 255 | Mark Weber, "Opening the Golden Door: Disability and the Law of Immigration," 8 Journal of Gender, Race and Justice 153 (2004) |
| 256 | Michael Fix and Jeffrey Passel, "Trends in Noncitizens' and Citizens' Use of Public Benefits Following Welfare Reform: 1994 – 1997," Urban Institute (Mar. 1, 1999) (Fix and Passel (1999)), *https://www.urban.org/research/publication/trends-noncitizens-and-citizens-use-public-benefits-following-welfare-reform* |
| 257 | Minn. Dep't of Human Servs., General Assistance (GA), available at https://mn.gov/dhs/people-we- serve/adults/economic-assistance/income/programs-and-services/ga.jsp |
| 258 | Mitchell Hartman, Omicron's impact on inflation and supply chains is uncertain, Marketplace, https://www.marketplace.org/2021/12/01/omicrons-impact-on-inflation-and-supply-chains-is-uncertain/ (Dec. 1, 2021) |
| 259 | Mitra Akhtari et al., Estimating the Empirical Likelihood of Becoming a "Public Charge," N.Y.U. J. Legis. & Pub. Pol'y Quorum (Aug. 2, 2021), *https://nyujlpp.org/quorum/estimating-the-empirical-likelihood-of-becoming-a-public-charge/* |
| 260 | National Academies of Sciences, Engineering, and Medicine, "The Economic and Fiscal Consequences of Immigration" (2017), https://nap.nationalacademies.org/catalog/23550/the-economic-and-fiscal-consequences-of-immigration |
| 261 | National Academies of Sciences, Engineering, and Medicine, "A Roadmap to Reducing Child Poverty," National Academy of Sciences, Engineering, and Medicine, (2019), *https://nap.nationalacademies.org/download/25246* |
| 262 | National Council on Disability, National Disability Policy: A Progress Report (Oct. 2017), at 52, available at https://ncd.gov/sites/default/files/NCD_A%20Progress%20Report_508.pdf |
| 263 | No Kid Hungry, "Public Charge was Reversed—But Not Enough Immigrant Families Know" (Dec. 2021). https://www.nokidhungry.org/sites/default/files/2021-12/NKH_Public%20Charge_Micro-Report_English_0.pdf |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| 264 | Organisation for Economic Co-operation and Development, What is the impact of the COVID-19 pandemic on immigrants and their children? (Oct. 19, 2020), available at http://www.oecd.org/coronavirus/policy-responses/what-is-the-impact-of-the-covid-19-pandemic-on-immigrants-and-their-children-e7cbb7de/ |
| 265 | Penny Feldman and Robert Kane, "Strengthening Research to Improve the Practice and Management of Long-Term Care," The Millbank Quarterly (June 2003), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2690214/ |
| 266 | Peter Arno et al., "The MetLife Study of Caregiving Costs to Working Caregivers: Double Jeopardy for Baby Boomers Caring for Their Parents," MetLife Mature Market Institute (June 2011), https://www.caregiving.org/wp-content/uploads/2011/06/mmi-caregiving-costs-working-caregivers.pdf |
| 267 | Pew Research Center, A Year Into the Pandemic, Long-Term Financial Impact Weighs Heavily on Many Americans (2021), https://www.pewresearch.org/social-trends/wp-content/uploads/sites/3/2021/03/PSD_03.05.21.covid_.impact_fullreport.pdf |
| 268 | Protecting Immigrant Families, Research Documents Harm of Public Charge Policy During COVID-19 Pandemic (Jan 2022) |
| 269 | Rachel Garfield et. Al., "Work Among Medicaid Adults: Implications of Economic Downturn and Work Requirements," Kaiser Family Foundation, (Feb. 11, 2021), https://www.kff.org/coronavirus-covid-19/issue-brief/work-among-medicaid-adults-implications-of-economic-downturn-and-work-requirements/ |
| 270 | Randy Capps et al, "Anticipated 'Chilling Effects' of the Public-Charge Rule Are Real: Census Data Reflect Steep Decline in Benefits Use by Immigrant Families," Migration Policy Institute, (Dec. 2020). https://www.migrationpolicy.org/news/anticipated-chilling-effects-public-charge-rule-are-real |
| 271 | Randy Capps et al, "The Public-Charge Rule: Broad Impacts, But Few Will be Denied Green Cards Based on Actual Benefit Use," Migration Policy Institute (March 2020) https://www.migrationpolicy.org/news/public-charge-denial-green-cards-benefits-use |
| 272 | Rebecca Ullrich, "The Public Charge Rule & Young Children: Q&A on the New Regulation," Center for Law and Social Policy, (Feb. 2020), https://www.clasp.org/sites/default/files/publications/2020/02/2020.02.24%20Public%20Charge%20Young%20Children%20Final%20Rule%20QA_update.pdf |
| 273 | "Research Documents Harm of Public Charge Policy During the COVID-19 Pandemic, Protecting Immigrant Families: Updated January 2022," PIF, (January 2022). https://protectingimmigrantfamilies.org/wp-content/uploads/2022/01/PIF-Research-Document_Public-Charge_COVID-19_Jan2022.pdf. |
| 274 | Samantha Artiga et al., Kaiser Family Foundation, Issue Brief: Addressing Health and Social Needs of Immigrant Families: Lessons from Local Communities, (Oct. 28, 2019), available at https://www.kff.org/report-section/addressing-health-and-social-needs-of-immigrant-families-lessons-from-local-communities-issue-brief/ |
| 275 | Sharac, Jessica et al., Geiger Gibson / RCHN Community Health Foundation Research Collaborative, Data Note: Key Updates from the Health Center COVID-19 Survey (Week #36): The Status of Community Health Centers in the Midst of the Worst Phase of the COVID-19 Pandemic, at 7-9, available at https://www.rchnfoundation.org/?p=9394 |
| 276 | Shaw, April. The Public Charge Rule and Public Health (Apr. 6, 2020), Network for Public Health Law, https://www.networkforphl.org/resources/the-public-charge-rule-and-public-health/ |
| 277 | Stephen H. Bell, "Why are welfare caseloads falling?," Urban Institute (Mar. 2001), https://www.urban.org/research/publication/why-are-welfare-caseloads-falling |
| 278 | Steven Camarota and Karen Zeigler, Center for Immigration Studies, "63% of Non-Citizen Households Access Welfare Programs," Table 3 (Nov. 20, 2018), https://cis.org/Report/63- |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
|  | NonCitizen-Households-Access-Welfare-Programs (last visited Aug. 16, 2022) Also cited as Center for Immigration Studies, "63% of Non-Citizen Households Access Welfare Programs," (2018), available at *https://cis.org/Report/63-NonCitizen-Households-Access-Welfare-Programs* |
| 279 | Susan Babey et al., "One in 4 Low-Income Immigrant Adults in California Avoided Public Programs, Likely Worsening Food Insecurity and Access to Health Care," UCLA Center for Health Policy Research (March 2021), *https://healthpolicy.ucla.edu/publications/Documents/PDF/2021/publiccharge-policybrief-mar2021.pdf* |
| 280 | Touw, Sharon, McCormack, Grace, Himmelstein, David, Woolhandler, Steffie, and Zallman, Leah. "Immigrant Essential Workers Likely Avoided Medicaid And SNAP Because Of A Change To The Public Charge Rule," (Jul. 2021) Health Affairs, https://www.healthaffairs.org/doi/pdf/10.1377/hlthaff.2021.00059 |
| 281 | Vartanian, Thomas P.; Houser, Linda; and Harkness, Joseph. "Food Stamps and Dependency: Disentangling the Short-term and Long-term Economic Effects of Food Stamp Receipt and Low Income for Young Mothers," The Journal of Sociology & Social Welfare, 2011. Available at: https://scholarworks.wmich.edu/jssw/vol38/iss4/6 |
| 282 | Wang, Chen et al., Comment: A Novel Coronavirus Outbreak of Global Health Concern, The Lancet (Jan. 24, 2020), available at https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(20)30185-9/fulltext |
| 283 | Wherry LR, et al., Childhood Medicaid Coverage and Later Life Health Care Utilization (Feb. 2015) available at *https://www.nber.org/papers/w20929* |
| 284 | WHO, Listing of WHO's Response to COVID-19, https://www.who.int/news/item/29-06-2020-covidtimeline |
| 285 | WHO, Statement on the second meeting of the International Health Regulations (2005) Emergency Committee regarding the outbreak of novel coronavirus (2019-nCoV) (Jan. 30, 2020), available at https://www.who.int/news/item/30-01-2020-statement-on-the-second-meeting-of-the-international-health- regulations-(2005)-emergency-committee-regarding-the-outbreak-of-novel-coronavirus-(2019-ncov) |
|  |  |
|  | **6. RAW DATA FILES (Econ, Research and Other Raw Data Sources)** |
| 286 | Benefit use data provided by the Defense Manpower Data Center to DHS, Active Duty Personnel Service by Citizenship Status, All Pay Plans and Apr-2022 (Jul. 14, 2022) |
| 287 | Benefit use data provided by the Defense Manpower Data Center to DHS, Active Duty Personnel SSI and TANF by Service as of Apr. 30, 2022 (Jul. 14, 2022) |
| 288 | Benefit use data provided by the Defense Manpower Data Center to DHS, Active Duty Personnel, SSI and TANF by Service and Citizenship as of Apr. 30, 2022 (Jul. 14, 2022) |
| 289 | Economic Analysis Supplemental Information for Analysis of Public Benefit Programs Enrollment. |
| 290 | Table 17_Discounted Costs of the Final Rule |
| 291 | USCIS, Policy and Research Division Total Population that Applied for Adjustment of Status, Form I-485 Receipt data, FY2014-FY2021 (Jan. 10, 2022) |
| 292 | USCIS, Policy and Research Division, Total Population Requesting a Fee Waiver, Form I-912 Receipt data, FY2012-FY2020 (Jan. 10, 2022) |
| 293 | USCIS, Policy and Research Division, Total Population who filed Form I-601, Application for Waiver of Grounds of Inadmissibility and Applied for Adjustment of Status with T Nonimmigrant Status, Form I-601 T visa Receipt data, FY2013-FY2018 (Jan. 10, 2022) |
| 294 | USCIS, Office of Performance and Quality Data, Historical Receipt Data, Select Forms (Aug. 15, 2022) |
|  |  |

**RULEMAKING ADMINISTRATIVE RECORD**
**PUBLIC CHARGE GROUND OF INADMISSIBILITY**
*RIN 1615-AC74, CIS NO. 2715-22, DHS DOCKET NO. USCIS-2021-0013*

| DOC # | DESCRIPTION |
|---|---|
| | **7. PUBLIC COMMENTS IN RESPONSE TO PROPOSED RULE** |
| 295 | Public Comments Matrix and Comments in DHS Docket No. USCIS-2021-0013 for Advanced Notice of Proposed Rulemaking of Aug. 23, 2021. |
| 296 | Public Comments Matrix and Comments in DHS Docket No. USCIS-2021-0013 for Proposed Rulemaking of Feb. 24, 2022 |