UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ALEJANDRO MAYORKAS,** *et al.*,<br><br>*Defendants*. | **Case No. 6:23-cv-00001**<br><br>Hon. Drew B. Tipton |

**UNOPPOSED MOTION OF IMMIGRATION REFORM LAW INSTITUTE FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 7, the Immigration Reform Law Institute ("IRLI") respectfully requests this Court's leave to file the accompanying brief as *amicus curiae* in support of Plaintiff's Opposition to Defendants' Motion to Dismiss. Pursuant to Local Rules 7.1 and 7.2 IRLI's counsel has conferred with counsel for Plaintiff and Defendants; neither party objects to the filing of the attached *amicus* brief. Therefore, this motion is unopposed.

IRLI is a nonprofit 501(c)(3) public interest law firm dedicated both to litigating immigration-related cases in the interests of United States citizens and to assisting courts in understanding federal immigration law. IRLI has litigated or filed *amicus curiae* briefs in a wide variety of immigration-related cases. For more than twenty years the Board of Immigration Appeals has solicited supplementary briefing, drafted by IRLI staff, from the Federation of American Immigration Reform, of which IRLI is a supporting organization.

"'The extent, if any, to which an *amicus curiae* should be permitted to participate in a pending action is solely within the broad discretion of the district court.'" *Sierra Club v. Fed. Emergency Mgmt. Agency*, 2007 U.S. Dist, LEXIS 84230, at *2 (S.D. Tex. Nov. 14, 2007 (quoting *Waste Mgmt. of Pa., Inc. v. City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995)). Unlike the corresponding appellate rules, the federal and local rules applicable here do not specifically address *amicus* briefs. Nonetheless, the appellate rules' criteria for granting leave to file *amicus* briefs may be looked to for guidance. The Advisory Committee Note to the applicable appellate rule explains that "the relevance of the matters asserted to the disposition of the case" is "ordinarily the most compelling reason for granting leave to file." Fed. R. App. P. 29, Advisory Committee Notes, 1998 Amendment. As current Supreme Court Justice Samuel Alito wrote while serving on the U.S. Court of Appeals for the Third Circuit, "I think that our court would be well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not

meet Rule 29's criteria as broadly interpreted. I believe that this is consistent with the predominant practice in the courts of appeals." *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002) (citations omitted).

IRLI respectfully submits that its proffered brief will bring the following relevant matters to the Court's attention:

- Showing that Texas has special solicitude with respect to standing in matters where it has a procedural right to challenge an action of the federal government that impacts its quasi-sovereign interests such as immigration.

- Identifying the history of the public charge rule to illustrate how Texas is harmed by Defendants' actions, and to illuminate the settled meaning of "public charge" in order to show that Defendants should not revert back to an earlier, unlawful Field Guidance.

- Showing that Texas's injuries will be redressed by this Court's vacatur and injunction of the 2022 Public Charge Rule because these remedies will leave the statutory public charge rule, properly construed by this Court, as the controlling authority.

These issues are all relevant to this Court's decision on Defendants' motion to dismiss, and IRLI's brief may aid the Court.

For the foregoing reasons, IRLI respectfully requests that the Court grant its motion for leave to file the accompanying brief as *amicus curiae*.

Dated: May 22, 2023                           Respectfully submitted,

                                                        /s/ Gina M. D'Andrea
                                               Gina M. D'Andrea, *Pro Hac Vice*

                                               Christopher J. Hajec
                                               Immigration Reform Law Institute
                                               25 Massachusetts Ave NW, Suite 335
                                               Washington, DC 20001
                                               202.232.5590
                                               gdandrea@irli.org

                                               *Attorneys for Amicus Curiae Immigration Reform Law Institute*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on May 12, 2023, I conferred with counsel for both Plaintiff and Defendants regarding this motion. Both parties informed me that they do not oppose the filing of the attached *amicus* brief in support of Plaintiff's opposition to Defendants' motion.

 /s/ Gina M. D'Andrea
Gina M. D'Andrea

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2023, a true and accurate copy of the foregoing document was filed electronically via CM/ECF and served on all counsel of record.

        /s/ Gina M. D'Andrea
        Gina M. D'Andrea