UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS,**  *Plaintiff*,  v.  **ALEJANDRO MAYORKAS,** *et al.*,  *Defendants*. | Case No. 6:23-cv-00001  Hon. Drew B. Tipton |

### ORDER GRANTING IMMIGRATION REFORM LAW INSTITUTE'S MOTION FOR LEAVE TO FILE A BRIEF OF AMICUS CURIAE

Before the Court is the Immigration Reform Law Institute's ("IRLI") Motion for Leave to File a Brief of *Amicus Curiae* in support of Plaintiff's Opposition to Defendants' Motion to Dismiss. For good cause shown, IRLI's motion is GRANTED.

IT IS HEREBY ORDERED that IRLI's Motion is GRANTED.

SIGNED this ____ day of _____, 2023.

_____
Drew B. Tipton
United States District Judge

1