United States District Court
Southern District of Texas
**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *Plaintiff*, v. ALEJANDRO MAYORKAS, *et al.*, *Defendants*. | Case No. 6:23-cv-00001 <br> Hon. Drew B. Tipton |

### ORDER GRANTING IMMIGRATION REFORM LAW INSTITUTE'S MOTION FOR LEAVE TO FILE A BRIEF OF AMICUS CURIAE

Before the Court is the Immigration Reform Law Institute's ("IRLI") Motion for Leave to File a Brief of *Amicus Curiae* in support of Plaintiff's Opposition to Defendants' Motion to Dismiss. For good cause shown, IRLI's motion is GRANTED.

IT IS HEREBY ORDERED that IRLI's Motion is GRANTED.

SIGNED this __22nd__ day of __May__, 2023.

*Drew B. Tipton*

Drew B. Tipton
United States District Judge

1