IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS**, <br><br> *Plaintiff*, <br><br> v. <br><br> **ALEJANDRO MAYORKAS**, in his official capacity as Secretary of the Department of Homeland Security; **UNITED STATES DEPARTMENT OF HOMELAND SECURITY**; **UR MENDOZA JADDOU**, in her official capacity as Director of the United States Citizenship and Immigration Services; **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**; and **JOSEPH R. BIDEN**, in his official capacity as President of the United States, <br><br> *Defendants*. | Case No. 6:23-cv-00001 <br><br> Hon. Drew B. Tipton |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties, though their undersigned counsel, respectfully request that the Court modify the scheduling order that the Court entered in this case on April 24, 2023 by agreement of the parties. Order, ECF 23. Under the terms of that order, Plaintiff is currently scheduled to file a motion summary judgment on June 30, 2023. The parties believe that modification of that order and a delay of Plaintiffs' impending deadline would benefit the development of the relevant legal issues and favor the interests of judicial economy.

1.  Texas filed its complaint in this case on January 5, 2023. ECF 1. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants filed a motion to dismiss that

complaint for lack of subject matter jurisdiction and for improper venue.  *See* ECF 22.  Consistent with the Court's scheduling order, the parties completed briefing on that motion on May 26, 2023.

2.   At the time the parties completed their briefing, they did not have the benefit of the Supreme Court's recent decisions in *United States v. Texas*, No. 22-58, 599 U.S. ---, 2023 WL 4139000 (U.S. June 23, 2023), and *Haaland v. Brackeen*, 143 S. Ct. 1609 (2023).  In both of those decisions, the Supreme Court addressed state standing in lawsuits, such as this one, challenging federal government action.  Both Plaintiff and Defendants wish to have an opportunity to provide their views on what effect these recent decisions have on Defendants' pending motion.

3.   The parties further believe that, especially in light of the recent decisions, the interests of judicial economy favor delaying summary judgment briefing.  Defendants in particular believe that the parties would benefit from receiving the Court's ruling on the pending motion to dismiss before the parties move forward with seeking summary judgment.

4.   To accommodate those interests, the parties respectfully request that the Court vacate its prior scheduling order, and instead enter the following schedule:

> **July 14, 2023**:  Plaintiff and Defendants each file supplemental briefs addressing the effect of any recent Supreme Court decision on this case.  Each brief shall be limited to 10 pages.
>
> **August 25, 2023**:  Plaintiff files any dispositive motion.

>**September 22, 2023**:  Defendants respond to Plaintiff's motion and file their own dispositive motion.
>
>**October 13, 2023**:  Plaintiff files a combined response and reply brief.
>
>**November 3, 2023**:  Defendants file their reply.

5. The parties believe that this revised schedule will best allow the parties to present the relevant legal issues for this Court's resolution.  Accordingly, the parties respectfully request that the Court enter this revised schedule.  A proposed order is attached.

Dated: June 28, 2023                                    Respectfully submitted,

> BRIAN M. BOYNTON
> Principal Deputy Assistant Attorney General
>
> ALAMDAR HAMDANI
> United States Attorney
>
> BRIGHAM J. BOWEN
> Assistant Branch Director
>
> /s/ Alexander V. Sverdlov
> Alexander V. Sverdlov (N.Y. Bar No. 4918793)
> Christopher A. Eiswerth (D.C. Bar No. 1029490)
> Trial Attorneys
> U.S. Department of Justice
> Federal Programs Branch, Civil Division
> 1100 L St., N.W.
> Washington, D.C. 20005
> Tel: (202) 305-8550 / Fax: (202) 616-8460
> alexander.v.sverdlov@usdoj.gov
> christopher.a.eiswerth@usdoj.gov
>
> Lance Duke
> Assistant United States Attorney
> Southern District of Texas
> 800 N. Shoreline Blvd., Ste. 500

Tel: (361) 446-2890
Fax: (361) 888-3200
lance.duke@usdoj.gov

*Counsel for Defendants*


JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Acting Deputy Attorney General for
Civil Litigation

AARON F. REITZ
Deputy Attorney General for Legal Strategy

KIMBERLY GDULA
Deputy Chief, General Litigation Division

RYAN KERCHER
Deputy Chief, General Litigation Division

*/s/ Johnathan Stone*
**JOHNATHAN STONE**
Attorney-in-Charge
Assistant Attorney General
Texas State Bar No. 24071779
Southern District of Texas Bar No. 635446
Johnathan.Stone@oag.texas.gov

**CHARLES K. ELDRED**
Special Counsel for Legal Strategy
Texas State Bar No. 00793681
Southern District of Texas Bar No. 20772
Charles.Eldred@oag.texas.gov

4

**RYAN D. WALTERS**
Deputy Chief, Special Litigation Division
Texas State Bar No. 24105085
Southern District of Texas Bar No. 3369185
Ryan.Walters@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4196
Facsimile: (512) 320-0667

ATTORNEYS FOR PLAINTIFF STATE OF TEXAS