# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS**, *Plaintiff*, v. **ALEJANDRO MAYORKAS, et. al.**, *Defendants*. | Case No. 6:23-cv-00001<br><br>Hon. Drew B. Tipton |

## AMENDED SCHEDULING ORDER

Before the Court is the Parties' Joint Motion to Amend the April 24, 2023 Scheduling Order. For good cause shown, the motion is GRANTED. The Parties shall comply with the following schedule:

**July 14, 2023**: Plaintiff and Defendants each file supplemental briefs addressing the effect of any recent Supreme Court decision on this case. Each brief shall be limited to 10 pages.

**August 25, 2023**: Plaintiff files a dispositive motion.

**September 22, 2023**: Defendants respond to Plaintiff's motion and file their own dispositive motion.

**October 13, 2023**: Plaintiff files a combined response and reply brief.

**November 3, 2023**: Defendants file their reply.

IT IS SO ORDERED.

DATE: _____, 2023

_____
Drew B. Tipton
United States District Judge