IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>    *Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS ET AL.,<br>    *Defendants*. | §<br>§<br>§<br>§   CIVIL ACTION NO. 6:23-CV-1<br>§<br>§<br>§ |

## JOINT STATUS REPORT

TO THE HONORABLE DREW B. TIPTON:

Plaintiff State of Texas and Defendants Alejandro Mayorkas, et al., submit this Joint Status Report to the Court. On April 9, 2024, the Court sent an email communication to the parties requesting that the parties file a status report by April 18 notifying the Court of any litigation pending or resolved that addressed the same subject matter as the instant case. Prior to this deadline, on April 16, all parties conferred and agreed that they were unaware of any litigation matching the Court's request that had not yet been cited to in the briefing.

Therefore, in compliance with the Court's directive, Plaintiff and Defendants inform the Court that they are not aware of any litigation that is occurring or has occurred addressing the same subject matter as at issue in the instant case that has not already been brought to the Court's attention.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**RYAN DANIEL WALTERS**
Chief, Special Litigation Division
Texas State Bar No. 24105085
Southern District of Texas Bar No. 3369185
Ryan.Walters@oag.texas.gov

*/s/Johnathan Stone*
**JOHNATHAN STONE**
*Attorney-in-Charge*
Special Counsel
Texas State Bar No. 24071779
Southern District of Texas Bar No. 635446
Johnathan.Stone@oag.texas.gov

**JACOB EDWARD PRZADA**
Assistant Attorney General
Texas State Bar No. 24125371
Southern District of Texas Bar No. 3725701
Jacob.Przada@oag.texas.gov

**CHARLES KENNETH ELDRED**
 Chief, Legal Strategy Division
Texas State Bar No. 00793681
Southern District of Texas Bar No. 20772
Charles.Eldred@oag.texas.gov

Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4196 | FAX: (512) 320-0667

***COUNSEL FOR PLAINTIFF***

**BRIAN M. BOYNTON**
Principal Deputy Assistant Attorney General

**BRIGHAM J. BOWEN**
Assistant Branch Director

*/s/ Alexander V. Sverdlov*
**ALEXANDER V. SVERDLOV**
N.Y. Bar No. 4918793
Attorney-in-Charge / Admitted Pro Hac Vice
alexander.v.sverdlov@usdoj.gov

**CHRISTOPHER A. EISWERTH**
D.C. Bar No. 1029490
Admitted Pro Hac Vice
christopher.a.eiswerth@usdoj.gov

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., N.W.
Washington, D.C. 20005
Tel: (202) 305-8550 / Fax: (202) 616-8460

**LANCE DUKE**
Assistant United States Attorney
Southern District of Texas No. 21949
Texas State Bar No. 00798157
800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, TX  78401
Tel: (361) 903-7911 / Fax: 361/888-3200
lance.duke@usdoj.gov

*COUNSEL FOR DEFENDANTS*

### CERTIFICATE OF SERVICE

I certify that that on April 17, 2024, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/Johnathan Stone*
**JOHNATHAN STONE**