United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, § § § **Plaintiff,** § § v. § § SECRETARY ALEJANDRO MAYORKAS, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UR MENDOZA JADDOU, DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, IN HER OFFICIAL CAPACITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, AND JOSEPH R. BIDEN, JR. IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, § § § § § § § § § § § § § § § § **Defendants.** § | Civil Action No. 6:23-CV-00001 |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order signed by the Court on this date, the Court finds that Plaintiffs have failed to establish that they have standing on any of their claims.

Accordingly, Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. All relief requested by Plaintiffs is denied, and all relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT**.

Signed on September 30, 2024.

                                                                                  **DREW B. TIPTON**
                                                            **UNITED STATES DISTRICT JUDGE**