# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 19, 2025

MEMORANDUM TO ALL OR PARTIES LISTED BELOW:

   No. 24-40775   State of Texas v. Noem
                    USDC No. 6:23-CV-1

Attached is a revised case caption, which should be used on all future filings in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca L. Leto, Deputy Clerk
                        504-310-7703

cc:  Mr. William Francis Cole
     Mr. Joshua Dos Santos
     Mr. Ryan Glen Kercher
     Mr. Nathan Ochsner
     Mr. Zachary Louis Rhines
     Mr. Alexander V. Sverdlov
     Mr. Daniel Bentele Hahs Tenny

Case No. 24-40775

State of Texas,

        Plaintiff - Appellant

v.

Kristi Noem Secretary, U.S. Department of Homeland Security; United States Department of Homeland Security; Kika Scott, Acting Director of U.S. Citizenship and Immigration Services; United States Citizenship and Immigration Services; Donald J. Trump, President of the United States,

        Defendants - Appellees