# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 25, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40775   State of Texas v. Noem
                    USDC No. 6:23-CV-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Amanda M. Duroncelet
Amanda M. Duroncelet, Deputy Clerk

Mr. William Francis Cole
Mr. Joshua Dos Santos
Mr. Ryan Glen Kercher
Mr. Nathan Ochsner
Mr. Zachary Louis Rhines
Mr. Alexander V. Sverdlov
Mr. Daniel Bentele Hahs Tenny