# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 29, 2025
Lyle W. Cayce
Clerk

No. 24-40775

STATE OF TEXAS,

          *Plaintiff—Appellant*,

versus

KRISTI NOEM SECRETARY, *U.S. Department of Homeland Security*;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KIKA
SCOTT, *Acting Director of U.S. Citizenship and Immigration Services*;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
DONALD J. TRUMP, *President of the United States*,

          *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:23-CV-1
_____

ORDER:

    IT IS ORDERED that Appellees' unopposed motion to further extend the stay of proceedings in this matter for an additional 90 days, or until August 27, 2025, is GRANTED.

No. 24-40775

/s/James E. Graves, Jr.

_____

JAMES E. GRAVES, JR.
*United States Circuit Judge*