# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 29, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40775    State of Texas v. Noem
                   USDC No. 6:23-CV-1


Enclosed is an order entered in this case granting Appellees' unopposed motion to further extend the stay of proceeding in this matter until 08/27/2025.


                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Rebecca L. Leto, Deputy Clerk
                          504-310-7703


Mr. William Francis Cole
Mr. Joshua Dos Santos
Mr. Ryan Glen Kercher
Mr. Nathan Ochsner
Mr. Zachary Louis Rhines
Mr. Alexander V. Sverdlov
Mr. Daniel Bentele Hahs Tenny